| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter   11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Jumbo Seafood Restaurant, Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | AKA Tony Cheng's Mongolian Restaurant  AKA Tony Cheng's Chinese & Mongolian Restaurant  AKA Tony Cheng's Restaurant  AKA Tony Cheng's Seafood Restaurant  AKA Tony Cheng's Seafood Restaurant & Mongolian Barbecue |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 52-1544262 |
| 4. | **Debtor's address** | **Principal place of business**  619 H Street, NW  Washington, DC 20001  Number, Street, City, State & ZIP Code  District of Columbia  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | http://www.tonychengmongolianrestaurant.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  Jumbo Seafood Restaurant, Inc.                                   Case number (*if known*) _____
  Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  Cheng & Company L.L.C.                       Relationship  Affiliate

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor  Jumbo Seafood Restaurant, Inc._____  Case number (*if known*) _____
      Name

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | District | District of Columbia | When | 4/17/23 | Case number, if known  23-00104-ELG |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Jumbo Seafood Restaurant, Inc.                                Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 27, 2024
              MM / DD / YYYY

**X** /s/   Dallas R. Evans                                 Dallas R. Evans
Signature of authorized representative of debtor            Printed name

Title   Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Maurice Verstandig                      Date   March 27, 2024
Signature of attorney for debtor                         MM / DD / YYYY

Maurice Verstandig
Printed name

The Belmont Firm
Firm name

1050 Connecticut NW
Suite 500
Washington, DC 20036
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   mac@mbvesq.com

_____
Bar number and State

# UNANIMOUS RESOLUTION OF THE BOARD OF
## DIRECTORS OF JUMBO SEAFOOD RESTAURANT, INC.

The undersigned, constituting the full board of directors of Jumbo Seafood Restaurant, Inc. ("Jumbo Seafood"), do hereby resolve as follows:

WHEREAS, the premises occupied by Jumbo Seafood risk imminent dispossession by the United States Marshals; and

WHEREAS, the owner of the building occupied by Jumbo Seafood has been committed to bankruptcy and is currently under the care and possession of a Chapter 7 trustee; and

WHEREAS, absent extraordinary action, Jumbo Seafood will not be able to continue operating as a going concern; and

WHEREAS, the bankruptcy of Jumbo Seafood's landlord – an entity under common control with Jumbo Seafood – has created a factual paradigm whereby the credibility of Jumbo Seafood, in connection with any reorganizational efforts, can be best bolstered through the entity being subject to the management of a non-insider; and

WHEREAS, it is the unanimous belief of this board that Jumbo Seafood, the longtime operator of an iconic restaurant in the District of Columbia, is best positioned to continue in operation if afforded occasion to reorganize its obligations;

IT IS NOW, THEREFORE, RESOLVED as follows:

1. Jumbo Seafood shall engage The VerStandig Law Firm, LLC d/b/a The Belmont Firm as general reorganization counsel, with the express objective of having said counsel advise the business in connection with the strategic filing of a petition for relief pursuant to Chapter 11 of Title 11 of the United States Code;

2. Dallas R. Evans ("Mr. Evans"), of Georgetown Development Partners, an individual who holds no stock in Jumbo Seafood and who has never previously been employed by Jumbo Seafood, is appointed the Chief Restructuring Officer (the "CRO") of Jumbo Seafood, effective immediately;

3. Mr. Evans shall be paid for his work as CRO at his usual and customary rate for consulting work, out of such funds as Jumbo Seafood may have available in its general operating accounts;

4. As CRO, Mr. Evans is authorized, pursuant to Section 29-310.02 of the District of Columbia Code, to file a petition for bankruptcy relief on behalf of Jumbo Seafood and to thereby create an estate, pursuant to Section 541 of Title 11 of the United States Code, consisting of all legal or equitable interests of Jumbo Seafood in property;

5. While Mr. Evans may be replaced as CRO by this board at any time prior to the date upon which Jumbo Seafood petitions for bankruptcy protection, Mr. Evans, on behalf of Jumbo Seafood, shall, upon the filing of such a petition for relief, promptly petition the bankruptcy

1

court for entry of an order expanding his authority as CRO and rendering him the sole representative of Jumbo Seafood's estate while also vesting him with all of the powers and duties to operate Jumbo Seafood's business pursuant to Sections 1107 and 1108 of Title 11 of the United States Code, with said powers to be subject only to such limitations as may be imposed by the bankruptcy court and with Mr. Evans' removal as CRO to be permitted only upon (i) his voluntary resignation; or (ii) order of the bankruptcy court;

6. For the avoidance of ambiguity, it is the express intention of this board that, upon Jumbo Seafood seeking bankruptcy protection, Mr. Evans may thereafter not be relieved of his duties as CRO, nor stripped of his powers as CRO, by this board or any successor board appointed by the equity interests of Jumbo Seafood; and

7. Any actions heretofore taken to engage The VerStandig Law Firm, LLC d/b/a The Belmont Firm as general reorganization counsel and/or to engage Mr. Evans as CRO are expressly ratified.

Dated this 26th day of March, 2024

JUMBO SEAFOOD RESTAURANT, INC.

By: _____
Anthony C. Cheng
Director

By: _____
Julia Cheng
Director

2

**Fill in this information to identify the case:**

Debtor name: Jumbo Seafood Restaurant, Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 27, 2024            **X** /s/   Dallas R. Evans
                                         Signature of individual signing on behalf of debtor

                                         Dallas R. Evans
                                         Printed name

                                         Chief Restructuring Officer
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Jumbo Seafood Restaurant, Inc.
United States Bankruptcy Court for the: DISTRICT OF COLUMBIA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AK Fire Protection Inc. 4325 Still Meadow Rd. Fairfax, VA 22032 | | | | | | $500.00 |
| Atlantic Seafood International Group, In 8533 Terminal Road Unit C & D Lorton, VA 22079 | | Food | | | | $24,455.00 |
| Cheng & Company L.L.C. c/o Wendell Webster, Trustee 1101 Connecticut Avenue, NW Suite 402 Washington, DC 20036 | | Rent | | | | $0.00 |
| DC Office of Tax and Revenue 1101 4th St., SW #270 Washington, DC 20024 | | | Disputed | | | Unknown |
| District of Columbia Water & Sewer Autho 1385 Canal Street, SE Washington, DC 20003 | | Utilities | | | | $3,000.00 |
| Five Star Noodle Inc. 1124 Congress Street, NE Washington, DC 20002 | | Food | | | | $180.00 |

Debtor  Jumbo Seafood Restaurant, Inc.  Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $15,566.00 |
| KMG Hauling Inc.<br>14 Bryant Court<br>Sterling, VA 20166 | | Trash Removal | | | | $446.00 |
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101 | | Utilities | | | | $8,000.00 |
| Rice Noodle House LLC<br>815 6th St NW<br>Washington, DC 20001 | | Food | | | | $800.00 |
| Solid Gold, Inc.<br>6001 Columbia Park Road<br>Hyattsville, MD 20785 | | | | | | $30,000.00 |
| Virginia Linen Service, Incorporated<br>875 E Bank St.<br>PO Box 869<br>Petersburg, VA 23803-3470 | | Linens | | | | $2,500.00 |
| Washington Gas<br>6801 Industrial Road<br>Springfield, VA 22151 | | Utilities | | | | $6,000.00 |
| Wendell Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036 | | Rent | | | | $0.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Jumbo Seafood Restaurant, Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ 88,800.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $ 88,800.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 539,374.57

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................... +$ 75,881.00

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b                                                                                              $ 615,255.57

# United States Bankruptcy Court
## District of Columbia

In re: Jumbo Seafood Restaurant, Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anthony C. Cheng<br>1727 Stonebridge Road<br>Alexandria, VA 22304 | | | Stockholder |
| Julie Cheng<br>1727 Stonebridge Road<br>Alexandria, VA 22304 | | | Stockholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: March 27, 2024

Signature: /s/ Dallas R. Evans
Dallas R. Evans

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re                                                                   )
Jumbo Seafood Restaurant, Inc.                                          )   Case No.
_____                         )
                                                                        )   Chapter  11
                           Debtor(s).                                   )

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept a flat fee of ............................... $ _____
   Filing Fee ........................................................................................... $ _____
   Prior to the filing of this statement I have received ....................... $ _____
   Balance Due ...................................................................................... $ _____

                                              **OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted

For legal services, I have agreed to accept and received a retainer of $12,500.00.*
The undersigned shall bill against the retainer at an hourly rate of $495.00

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. 2016-2(b) if taking the no-look fee
   d. [Other provisions as needed]
       Representation of the debtor in all facets of this Chapter 11 case, including in connection with any adversary proceedings and appeals
6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtor in any case other than this bankruptcy proceeding, any adversary proceedings stemming herefrom, and any appeals stemming herefrom

*$3,626.00 of the retainer was drawn down shortly prior to filing, to cover pre-petition work and the filing fee. In addition to the monetary retainer, the debtor furnished counsel and counsel's wife with a gratis meal at the debtor's restaurant. The meal was not a form of compensation and did not serve to setoff any monetary obligations, but is disclosed in the interests of over-disclosure.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  March 27, 2024

/s/ Maurice Verstandig
Signature of attorney

Maurice Verstandig
Name, Bar Number

The Belmont Firm
Firm

1050 Connecticut NW
Suite 500
Washington, DC 20036
Address

Telephone

mac@mbvesq.com
Email Address

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

```
AK Fire Protection Inc.
4325 Still Meadow Rd.
Fairfax, VA 22032


Atlantic Seafood International Group, In
8533 Terminal Road Unit C & D
Lorton, VA 22079


Cheng & Company L.L.C.
c/o Wendell Webster, Trustee
1101 Connecticut Avenue, NW Suite 402
Washington, DC 20036


DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024


District of Columbia Water & Sewer Autho
1385 Canal Street, SE
Washington, DC 20003


Five Star Noodle Inc.
1124 Congress Street, NE
Washington, DC 20002


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


KMG Hauling Inc.
14 Bryant Court
Sterling, VA 20166


Pepco
P.O. Box 13608
Philadelphia, PA 19101
```

```
Rice Noodle House LLC
815 6th St NW
Washington, DC 20001


Solid Gold, Inc.
6001 Columbia Park Road
Hyattsville, MD 20785


Virginia Linen Service, Incorporated
875 E Bank St. PO Box 869
Petersburg, VA 23803-3470


Washington Gas
6801 Industrial Road
Springfield, VA 22151


Wendell Webster, Trustee
1101 Connecticut Avenue, NW Suite 402
Washington, DC 20036
```

# United States Bankruptcy Court
## District of Columbia

In re: Jumbo Seafood Restaurant, Inc.
Debtor(s)

Case No.
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Jumbo Seafood Restaurant, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

March 27, 2024
Date

/s/ Maurice Verstandig
Maurice Verstandig
Signature of Attorney or Litigant
Counsel for  Jumbo Seafood Restaurant, Inc.
The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Fax:
mac@mbvesq.com