IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO
PAY CERTAIN PRE-PETITION EMPLOYEE WAGES**

1. My name is Dallas R. Evans, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I hold a bachelor's degree from the University of Maryland at College Park and a Masters of Business Administration, with a concentration in real estate development, from American University.

3. I am the former Deputy Mayor for Operations for the District of Columbia, having managed over 44 million square feet of real estate and more than $7 billion in procurements in said capacity.

4. I am also the former President and Vice President of ISI Professional Services, where I managed more than 57 million square feet of corporate and government real estate portfolios.

5. I have previously served on numerous private and public boards, including the Board of Regents for Morgan State University, the board of the Boys and Girls Club of Washington, DC., and the board of American Bank.

6. On or about March 27, 2024, I was appointed Chief Restructuring Officer of Jumbo Seafood Restaurant, Inc. ("Jumbo Seafood" or the "Debtor"), by the unanimous consent of the

1

company's board of directors. Pursuant to the terms of my appointment, I will be forthwith filing an application for employment in this case.

7. I have had occasion to review various records of the Debtor, including the last two payroll reports of Jumbo Seafoods (the "Payroll Reports").

8. Based on my review of the Payroll Reports, I understand the total payroll obligations of the Debtor, excepting wages paid to the company's two equity holders and their son, to be less than $5,000.00, with such wages being paid on a twice-monthly basis.

9. I have reviewed the motion to which this declaration is appended and, consistent with my review of Jumbo Seafood's records and my knowledge of the Debtor's operations (which extends several decades through my work in various governmental roles and my personal loyalty to the establishment), I believe the various factual assertions set forth therein to be true and correct.

10. Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

_Dallas Evans_                                    3/28/2024
Dallas R. Evans                                   Date