IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                     )          Case No. 24-90-ELG
                                           )          (Chapter 11)
JUMBO SEAFOOD RESTAURANT, INC. )
                                           )
              Debtor.                      )

**ORDER GRANTING MOTION FOR LEAVE TO
PAY CERTAIN PRE-PETITION EMPLOYEE WAGES**

Upon consideration of the Motion for Leave to Pay Certain Pre-Petition Employee Wages

(the "Motion") filed by Jumbo Seafood Restaurant, Inc. (the "Debtor"), the authorities cited

therein, the declaration filed in support thereof, the record herein, and any opposition thereto, it is,

by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor may pay pre-petition wages to non-insider employees in an

aggregate sum not to exceed $5,000.00.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*