# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Jumbo Seafood Restaurant, Inc.,** | Case No. 24-00090-ELG |
| **Debtor.** | Chapter 11 – Subchapter V |

## NOTICE OF APPEARANCE

    WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Kristen S. Eustis, Trial Attorney, on behalf of Gerard R. Vetter, the Acting United States Trustee, Region 4.

March 28, 2024

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov