The order below is hereby signed.

Signed: March 28 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO SHORTEN TIME**

Upon consideration of the Motion to Shorten Time filed by Jumbo Seafood Restaurant, Inc. (the "Debtor"), the authorities cited therein, the record herein, and any opposition thereto, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any opposition or objection to the Debtor's Motion for Leave to Pay Certain Pre-Petition Employee Wages shall be filed by 4:00 pm, prevailing Eastern Time, on Friday, March 29, 2024; and it is further

ORDERED, that should any opposition or objection to the Debtor's Motion for Leave to Pay Certain Pre-Petition Employee Wages be timely filed, a hearing thereupon will be held on Monday, April 1, 2024, via Zoom for Government, at 11:00 am prevailing Eastern Time; and it is further

ORDERED, that the Debtor shall, through counsel, send a copy of this order, via e-mail, to all parties in interest whose e-mail addresses are known to the Debtor, as soon as practicable.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*