**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|    Jumbo Seafood Restaurant, Inc., | ) | |
| | ) | Case No. 24-00090-ELG |
| | ) | Chapter 11 |
|    Debtor. | ) | |
| | ) | |

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel for **Yellow Breeches Capital LLC**, a creditor in the above-captioned case and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address, telephone number and telecopy number listed below. Yellow Breeches Capital LLC is the successor by assignment to First National Bank of Pennsylvania, successor-in-interest to Howard Bank, successor-in-interest to First Mariner Bank

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally request that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE: March 28, 2024 | */s/ David V. Fontana, Esq.* <br> David V. Fontana, esq. (# MD23563) <br> Gebhardt & Smith LLP <br> One South Street, Suite 2200 <br> Baltimore, Maryland 21202 <br> Tel:   410-385-5053 <br> Fax:   443-957-1832 <br> Email: dfont@gebsmith.com <br> *Counsel Yellow Breeches Capital LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 28th day of March, 2024, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served via ECF on all parties that have requested notice in this case and mailed via first class mail, postage prepaid, to the following:

Maurice Belmont VerStandig
The VerStandig Law Firm LLC
1452 W. Horizon Ridge Parkway, #665
Henderson, NV 89012
Counsel for Debtor

U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314
Attn: Kristen S. Eustis, Esq.

*/s/ David V. Fontana*
David V. Fontana