Darrell W. Clark, No. 450273
Tracey M. Ohm, No. 982727
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9948
darrell.clark@stinson.com
tracey.ohm@stinson.com
ruiqiao.wen@stinson.com
*Counsel for United Bank*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>Jumbo Seafood Restaurant, Inc.,<br><br>Debtor. | )<br>)<br>) Case No. 24-00090-ELG<br>) Chapter 11<br>)<br>)<br>) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appear in the above-captioned case for United Bank, a creditor herein.

PLEASE TAKE FURTHER NOTICE that, such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned chapter 11 case be given to and served upon the following counsel:

> Darrell W. Clark, Esq.
> Tracey M. Ohm, Esq.
> Ruiqiao Wen, Esq.
> STINSON LLP
> 1775 Pennsylvania Ave., NW, Suite 800

#188407854

Washington, DC 20006
Tel: 202-728-3019
Fax: 202-572-9991
Email: darrell.clark@stinson.com
Email: tracey.ohm@stinson.com
Email: ruiqiao.wen@stinson.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceeding herein.

PLEASE TAKE FURTHER NOTICE that filing of this Notice of Appearance and Request for Notices shall not be deemed or construed to constitute a waiver of any substantive or procedural right of United Bank including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by the United States District Court for the District of Columbia (the "District Court"), (ii) the right to trial by jury in any proceeding related to the case or any case, controversy, or proceeding related to the case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which United Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until United Bank expressly states otherwise, United Bank does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the

#188407854

parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: March 28, 2024                 Respectfully submitted,

                                           /s/ Darrell W. Clark
                                           Darrell W. Clark, No. 450273
                                           Tracey M. Ohm, No. 982727
                                           Ruiqiao Wen, No. 1743500
                                           STINSON LLP
                                           1775 Pennsylvania Ave., N.W., Suite 800
                                           Washington, DC 20006
                                           Tel. (202) 785-9100
                                           Fax (202) 572-9948
                                           darrell.clark@stinson.com
                                           tracey.ohm@stinson.com
                                           ruiqiao.wen@stinson.com
                                           *Counsel for United Bank*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2024, a copy of the forgoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

                                           /s/ Darrell W. Clark
                                           Darrell W. Clark

#188407854