IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**In re:**

**Jumbo Seafood Restaurant, Inc.,**      Case No. 24-00090-ELG

        **Debtor.**      Chapter 11 – Subchapter V

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Monique D. Almy
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC 20004
> Phone: (202) 624-2935
> Email: malmy@crowell.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation are attached to this notice.

March 29, 2024          GERARD R. VETTER
                                           ACTING U.S. TRUSTEE, REGION 4

                                           By: */s/ Kristen S. Eustis*
                                           Kristen S. Eustis, Trial Attorney
                                           Federal Bar No. MD28984
                                           Office of the United States Trustee
                                           1725 Duke St., Suite 650
                                           Alexandria, VA 22314
                                           (703) 557-7227- Direct Dial
                                           Kristen.S.Eustis@usdoj.gov

# Certificate of Service

  I hereby certify that on March 29, 2024, I electronically filed the foregoing Notice of Appointment of Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Darrell W. Clark darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

David V. Fontana dfont@gebsmith.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ruiqiao Wen ruiqiao.wen@stinson.com


            */s/ Robert W. Ours*
            Robert W. Ours
            Paralegal Specialist