# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**Jumbo Seafood Restaurant, Inc.,**<br><br>Debtor. | Case No. 24-00090-ELG<br><br>Chapter 11 – Subchapter V |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. § 101(14) in that:

(a)   I am not a creditor, equity security holder or insider of the debtor;

(b)   I am not, and was not, within two years before the date of filing of the petition, a director, officer or employee of the debtor; and

(c)   I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to Court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $800 for work performed, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: March 28, 2024

Monique D. Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2935
Email: malmy@crowell.com