**Fill in this information to identify the case:**

Debtor name    Jumbo Seafood Restaurant, Inc.

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    1:24-bk-90

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 29, 2024     X /s/   Dallas R. Evans

DocuSigned by:
*Dallas Evans*
03A52D687DF4497

Signature of individual signing on behalf of debtor

Dallas R. Evans
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Jumbo*
*Seafood Restaurant, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

### NOTES ACCOMPANYING SCHEDULES

1.    It is believed there may be a handful of minor trade creditors – all holding *de minimis* claims – that are not included on these schedules. Undersigned proposed counsel and the debtor are investigating the extent to which such creditors exist, the amounts they are owed, and the addresses at which they are to be noticed. If it is found any such creditors are, in fact, owed pre-petition obligations, these schedules will be seasonably amended.

2.    The values of all assets on Schedule A/B, excepting the two open financial accounts, are derived from the best understanding of the debtor's equity holders. Values are asserted as fair market values for each asset, in the subject asset's present condition, and do not denote book or replacement values.

3.    Section 1.12 of the security agreement for the debt currently held by Yellow Breaches Capital, LLC denotes an entity known as "Flying T Farms, LLC" as an obligor, but no other references to said entity appear in the subject security agreement (whereas various references

1

DocuSign Envelope ID: 3A5FF36A-A098-4DDC-AB49-460B0A5EA589

to the other co-obligators are scattered throughout the document). Flying T Farms, LLC thusly has *not* been scheduled as a codebtor on Schedule H. Should there come a time, however, when it appears this entity is, in fact, jointly obligated on the subject debt, the debtor will seasonably amend its schedules to include Flying T Farms, LLC. (Part of the reason driving the current exclusion is that no such entity appears to be registered to conduct business in the District of Columbia, Maryland, Virginia, Delaware, Florida, West Virginia, North Carolina, or Pennsylvania, and there is thusly some question as to the address of record that could be used in adding Flying T Farms, LLC.)

Respectfully submitted,

Dated: March 29, 2024          By:    /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      Bar No. MD18071
                                      The Belmont Firm
                                      1050 Connecticut Avenue, NW, Suite 500
                                      Washington, DC 20036
                                      Phone: (202) 991-1101
                                      mac@dcbankruptcy.com
                                      *Proposed Counsel for the Debtor*

2

DocuSign Envelope ID: 3A5EF2B4-A098-4DDC-AB49-460B0A5CA589

| Fill in this information to identify the case: |
| --- |
| Debtor name    Jumbo Seafood Restaurant, Inc. |
| United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA |
| Case number (if known)    1:24-bk-90 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

---

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____ 86,802.69

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____ 86,802.69

---

**Part 2:    Summary of Liabilities**

---

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 3,608,112.90

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____ 539,374.57

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ 75,881.00

4.    **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    $ _____ 4,223,368.47

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

DocuSign Envelope ID: 3A5FE36A-A098-4DDC-AB49-469B0A5CA589

| Fill in this information to identify the case: |
| --- |

Debtor name __Jumbo Seafood Restaurant, Inc.__

United States Bankruptcy Court for the:   __DISTRICT OF COLUMBIA__

Case number (if known)   __1:24-bk-90__

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  Wells Fargo | Checking | 1968 | $540.88 |
| 3.2.  Wells Fargo | Checking | 0351 | $4,461.81 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $5,002.69 |
    | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.   Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☒ No.   Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(If known)* | 1:24-bk-90 |
|--------|-------------------------------|--------------------------|------------|
|        | Name                          |                          |            |

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.    Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Food on hand | | $0.00 | | $18,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Alcohol on hand | | $0.00 | | $7,500.00 |
| | Miscellaneous inventory on hand (for resale) | | $0.00 | | $1,500.00 |
| 22. | **Other inventory or supplies** | | | | |

**23.    Total of Part 5.**

Add lines 19 through 22.    Copy the total to line 84.

| $27,000.00 |
|---|

**24.    Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.    Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(If known)* | 1:24-bk-90 |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | |
| Two ovens | $0.00 | Estimate Provided by<br>Equity Interests | $4,000.00 |
| Two deep fryers | $0.00 | Estimate Provided by<br>Equity Interests | $2,400.00 |
| One steam table | $0.00 | Estimate Provided by<br>Equity Interests | $400.00 |
| Two coolers | $0.00 | Estimate Provided by<br>Equity Interests | $800.00 |
| Two walk-in coolers | $0.00 | Estimate Provided by<br>Equity Interests | $3,000.00 |
| Two refrigerators | $0.00 | Estimate Provided by<br>Equity Interests | $1,000.00 |
| Two walk-in refrigerators | $0.00 | Estimate Provided by<br>Equity Interests | $10,000.00 |
| Kitchenware (pots and pans) | $0.00 | Estimate Provided by<br>Equity Interests | $900.00 |
| Built-in Chinese stove (may be asset of landlord) | $0.00 | Estimate Provided by<br>Equity Interests | $3,600.00 |
| Two beer coolers | $0.00 | Estimate Provided by<br>Equity Interests | $600.00 |
| Two wine coolers | $0.00 | Estimate Provided by<br>Equity Interests | $600.00 |
| Tableware (utensils) | $0.00 | Estimate Provided by<br>Equity Interests | $2,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Jumbo Seafood Restaurant, Inc. | | Case number *(If known)* | 1:24-bk-90 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| China (including tea cups) | $0.00 | Estimate Provided by Equity Interests | $10,000.00 |
| Wine, beer and water glasses | $0.00 | Estimate Provided by Equity Interests | $2,000.00 |
| Two fish tanks | $0.00 | Estimate Provided by Equity Interests | $4,000.00 |
| Lobster tank | $0.00 | Estimate Provided by Equity Interests | $3,000.00 |
| Meat slicer | $0.00 | Estimate Provided by Equity Interests | $1,500.00 |
| Sixty five small tables | $0.00 | Estimate Provided by Equity Interests | $2,600.00 |
| Forty large tables | $0.00 | Estimate Provided by Equity Interests | $2,400.00 |
| Two payphones | $0.00 | | Unknown |
| Kitchen hood | $0.00 | | Unknown |
| Fire system (may be asset of landlord) | $0.00 | | Unknown |
| Air conditioning and heat system (may be asset of landlord) | $0.00 | | Unknown |

51. **Total of Part 8.**

    Add lines 47 through 50.   Copy the total to line 87.

    | $54,800.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(If known)* | 1:24-bk-90 |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(If known)* | 1:24-bk-90 |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,002.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $27,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $54,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $86,802.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $86,802.69 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

DocuSign Envelope ID: 3A5FF36A-A098-4DDC-AB49-469B0A5CA589

**Fill in this information to identify the case:**

Debtor name    Jumbo Seafood Restaurant, Inc.

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    1:24-bk-90

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** Yellow Breeches Capital LLC

*Creditor's Name*

**Describe debtor's property that is subject to a lien**
Wells Fargo; Wells Fargo; Food on hand; Alcohol on hand; Miscellaneous inventory on hand (for resale); Two ovens; Two deep fryers; One steam table; Two coolers; Two walk-in coolers; Two refrigerators ; Two walk-in refrigerators ; Kitchenware (pots and pans); Built-in Chinese stove (may be asset of landlord); Two beer coolers ; Two wine coolers; Tableware (utensils); China (including tea cups); Wine, beer and water glasses ; Two fish tanks; Lobster tank; Meat slicer; Sixty five small tables; Forty large tables; Two payphones ; Kitchen hood; Fire system (may be asset of landlord); Air conditioning and heat system (may be asset of landlord)

Amount of claim: $3,608,112.90
Value of collateral: $86,802.69

c/o David V. Fontana, Esq.
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202

*Creditor's mailing address*

dfont@gebsmith.com

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,608,112.90

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

DocuSign Envelope ID: 3A5FF364-A998-4DDC-AB49-469B0A5EA589

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number (if known) | 1:24-bk-90 |
|---|---|---|---|
| | Name | | |

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    Jumbo Seafood Restaurant, Inc. |
| United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA |
| Case number (if known)    1:24-bk-90 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>DC Office of Tax and Revenue<br>1101 4th St., SW<br>#270<br>Washington, DC 20024 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $523,808.57 | Unknown |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,566.00 | $15,566.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>AK Fire Protection Inc.<br>4325 Still Meadow Rd.<br>Fairfax, VA 22032 | $500.00 |
|  | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number (if known) | 1:24-bk-90 |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,455.00**

Atlantic Seafood International Group, In
8533 Terminal Road
Unit C & D
Lorton, VA 22079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Food

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Cheng & Company L.L.C.
c/o Wendell Webster, Trustee
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Rent

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00**

District of Columbia Water & Sewer Autho
1385 Canal Street, SE
Washington, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utilities

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00**

Five Star Noodle Inc.
1124 Congress Street, NE
Washington, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Food

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$446.00**

KMG Hauling Inc.
14 Bryant Court
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trash Removal

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00**

Pepco
P.O. Box 13608
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utilities

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00**

Rice Noodle House LLC
815 6th St NW
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Food

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00**

Solid Gold, Inc.
6001 Columbia Park Road
Hyattsville, MD 20785

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Jumbo Seafood Restaurant, Inc. | | Case number (if known) | 1:24-bk-90 |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | Virginia Linen Service, Incorporated<br>875 E Bank St.<br>PO Box 869<br>Petersburg, VA 23803-3470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Linens | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | Washington Gas<br>6801 Industrial Road<br>Springfield, VA 22151 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Utilities | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Wendell Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 539,374.57 |
| **5b. Total claims from Part 2** | 5b. | + $ | 75,881.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 615,255.57 |

DocuSign Envelope ID: 3A5FE264-A098-4DDC-AB49-469B0AE5A589

| Fill in this information to identify the case: |
| --- |

Debtor name      Jumbo Seafood Restaurant, Inc.

United States Bankruptcy Court for the:      DISTRICT OF COLUMBIA

Case number (if known)    1:24-bk-90

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Lease appears to have been properly rejected but is scheduled in an abundance of caution and so as to preserve rights should any anomalies be found to exist in connection with rejection |
| State the term remaining    Unclear | Cheng & Company L.L.C. c/o Wendell Webster, Trustee 1101 Connecticut Avenue, NW Suite 402 Washington, DC 20036 |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

DocuSign Envelope ID: 3A5FE364-A098-4DDC-AB49-469B0A5EA589

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Jumbo Seafood Restaurant, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | 1:24-bk-90 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.2 | 16 East 20, LLC | 1501 Sulgrave Avenue Suite 311 Baltimore, MD 21209 | Yellow Breeches Capital LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Anthony C. Cheng | 1727 Stonebridge Road Alexandria, VA 22304 | Yellow Breeches Capital LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Charles & 20, LLC | 1501 Sulgrave Avenue Baltimore, MD 21209 | Yellow Breeches Capital LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Mountain View Orchard, Inc. | 1727 Stonebridge Road Alexandria, VA 22304 | Yellow Breeches Capital LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.6 | Yun Li "Julie" Cheng | 1727 Stonebridge Road Alexandria, VA 22304 | Yellow Breeches Capital LLC | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name    Jumbo Seafood Restaurant, Inc.

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    1:24-bk-90

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For year before that:<br>From 10/01/2022 to 09/30/2023 | ☒ Operating a business<br><br>☐ Other | $1,293,421.00 |
| For the fiscal year:<br>From 10/01/2021 to 09/30/2022 | ☒ Operating a business<br><br>☐ Other | $1,243,516.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Yun Li "Julie" Cheng<br>1727 Stonebridge Road<br>Alexandria, VA 22304 | March 27, 2024 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Reimbursement for charges on personal credit card_ |

DocuSign Envelope ID: 3A5FF264-A098-4DDC-AB49-469B0AE5A589

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(if known)* | 1:24-bk-90 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. Various Trade Creditors | The debtor makes regular, ordinary course payments to several trade creditors. Bank statements, containing cancelled checks, will be provided to the US Trustee and, upon request, to counsel for any other party in interest. Insofar as these are not payments on antecedent debts, and are supported by new value, it is not believed any of these payments constitute preferences. | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Yun Li "Julie" Cheng<br>1727 Stonebridge Road<br>Alexandria, VA 22304<br>Stockholder and Director | See Item #30 | $0.00 | See Item #30 |
| 4.2. Anthony C. Cheng<br>1727 Stonebridge Road<br>Alexandria, VA 22304<br>Stockholder and Director | See Item #30 | $0.00 | See Item #30 |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

DocuSign Envelope ID: 3A5EF264-A998-4DDC-AB49-469B0A5CA589

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(if known)* | 1:24-bk-90 |
|---|---|---|---|

☒ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | In re Cheng & Company L.L.C.<br>23-104-ELG | Bankruptcy | United States Bankruptcy Court for the District of Columbia<br>333 Constitution Avenue, NW<br>Washington, DC 20002 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Jumbo Seafood Restaurant, Inc.

Case number (if known)    1:24-bk-90

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Belmont Firm 1050 Connecticut Avenue, NW Suite 500 Washington, DC 20036 | | March 25, 2024 (two payments - one for $9,000.00 and one for $3,500.00) | $12,500.00 |
| | **Email or website address** http://www.dcbankruptcy.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

DocuSign Envelope ID: 3A5FF284-A098-4DDC-AB49-460B0A5CA589

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(if known)* 1:24-bk-90 |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

DocuSign Envelope ID: 3A5FF264-A098-4DDC-AB49-460B0A5CA589

| Debtor | Jumbo Seafood Restaurant, Inc. | Case number *(if known)* | 1:24-bk-90 |
|---|---|---|---|

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    LG Nadler
Nadler & Associates LLC
300 Garden City Plaza
Garden City, NY 11530 | In excess of two years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    LG Nadler
Nadler & Associates LLC
300 Garden City Plaza
Garden City, NY 11530 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Jumbo Seafood Restaurant, Inc.    Case number *(if known)*    1:24-bk-90

☒ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony C. Cheng | 1727 Stonebridge Road Alexandria, VA 22304 | Director and Stockholder | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julie Cheng | 1727 Stonebridge Road Alexandria, VA 22304 | Director and Stockholder | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dallas R. Evans | c/o Georgetown Development Partners 128 M Street, NW Suite 15 Washington, DC 20001 | Chief Restructuring Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Anthony C. Cheng 1727 Stonebridge Road Alexandria, VA 22304 | Wages - $2,650.00 paid twice monthly | The 15th and last day of each month for the preceding year | Wages for work at restaurant |
| | **Relationship to debtor** Director & Stockholder | | | |

| Debtor | Jumbo Seafood Restaurant, Inc. | | Case number *(if known)* | 1:24-bk-90 |
| --- | --- | --- | --- | --- |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.2. | Yun Li "Julie" Cheng<br>1727 Stonebridge Road<br>Alexandria, VA 22304<br><br>**Relationship to debtor**<br>Director and Stockholder | Wages - $2,500.00 twice each month | The 15th and last day of each month for the preceding year | Wages for work at restaurant |
| 30.3. | Yun Li "Julie" Cheng<br>1727 Stonebridge Road<br>Alexandria, VA 22304<br><br>**Relationship to debtor**<br>Stockholder and Director | $_____ | March 27, 2024 | Reimbursement for company expenses charged to personal credit card |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 29, 2024

/s/    Dallas R. Evans                         Dallas R. Evans
Signature of individual signing on behalf of the debtor        Printed name

DocuSigned by:
*Dallas Evans*
83A5ZD687DF4497...

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes