The order below is hereby signed.

Signed: March 28 2024

_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO SHORTEN TIME

Upon consideration of the Motion to Shorten Time filed by Jumbo Seafood Restaurant, Inc. (the "Debtor"), the authorities cited therein, the record herein, and any opposition thereto, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any opposition or objection to the Debtor's Motion for Leave to Pay Certain Pre-Petition Employee Wages shall be filed by 4:00 pm, prevailing Eastern Time, on Friday, March 29, 2024; and it is further

ORDERED, that should any opposition or objection to the Debtor's Motion for Leave to Pay Certain Pre-Petition Employee Wages be timely filed, a hearing thereupon will be held on Monday, April 1, 2024, via Zoom for Government, at 11:00 am prevailing Eastern Time; and it is further

ORDERED, that the Debtor shall, through counsel, send a copy of this order, via e-mail, to all parties in interest whose e-mail addresses are known to the Debtor, as soon as practicable.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

United States Bankruptcy Court

District of Columbia

In re:                                                                                    Case No. 24-00090-ELG

Jumbo Seafood Restaurant, Inc.                                                            Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                              Page 1 of 1

Date Rcvd: Mar 28, 2024                       Form ID: pdf001                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

**Recip ID**        **Recipient Name and Address**
db           + Jumbo Seafood Restaurant, Inc., 619 H Street, NW, Washington, DC 20001-3731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024                       Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin Philip Fasano | on behalf of Creditor Wendell W. Webster  Chapter 7 Trustee for Cheng and Company, L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4