

McNamee Hosea
6404 Ivy Lane, Suite 820      O 301.441.2420
Greenbelt, Maryland 20770     F 301.982.9450

mhlawyers.com
Email: Jfasano@mhlawyers.com
Tel: 301-441-2420
Web: www.mhlawyers.com

October 12, 2023

**VIA FIRST CLASS MAIL, POSTAGE PREPAID**

Jumbo Seafood, Inc.
c/o Julie Yun Li Cheng
619 H Street, N.W.
Washington DC 20001

Jumbo Seafood Restaurant, Inc.
c/o Anthony C. Y Cheng, Registered Agent
619 H Street, N.W.
Washington DC 20001

Mr. and Ms. Cheng:

Please take notice that Wendell W. Webster, in his capacity as Chapter 7 trustee (the "Trustee") of Cheng & Company, LLC hereby terminates the purported Commercial Lease ("Lease") between Cheng & Company, LLC and Jumbo Seafood Inc. ("Jumbo") dated June 10, 2022 regarding the leased premises located at 619 H Street, N.W. Washington DC 20001 (the "Property"). The Trustee hereby demands that Jumbo vacate the Property by November 11, 2023.

Please govern yourself accordingly.

         Very truly yours,

         /s/ Justin Fasano

         Justin P. Fasano

Copies to: Ronald Drescher (via e-mail to rondrescher@drescherlaw.com)