# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: )<br><br>JUMBO SEAFOOD RESTAURANT, INC., )<br><br>Debtor. ) | Case No. 24-00090-ELG<br>Chapter 11<br>Subchapter V |

### MOTION TO EXPEDITE HEARING ON, AND SHORTEN TIME TO OBJECT TO, MOTION FOR RELIEF FROM STAY TO PROCEED WITH EVICTION; OR ALTERNATIVELY, DETERMINING AUTOMATIC STAY DOES NOT APPLY, AND REQUEST TO IMPOSE IN REM RELIEF AND/OR EQUITABLE SERVITUDE TO PREVENT ANY FUTURE BANKRUPTCY FROM STAYING EVICTION OF DEBTOR AND ANY OTHER OCCUPANTS

**(**619 H Street, N.W., Washington D.C. 20001**)**

Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. (the "Landlord Debtor"), by and through his undersigned attorneys, hereby files this *Motion to Expedite Hearing On, and Shorten Time to Object to, Motion for Relief from Stay to Proceed With Eviction; or Alternatively, Determining Automatic Stay Does Not Apply, and Request to Impose In Rem Relief and/or Equitable Servitude to Prevent any Future Bankruptcy From Staying Eviction of Debtor and Any Other Occupants* (the "Motion to Expedite") with respect to his *Motion for Relief from Stay to Proceed With Eviction; or Alternatively, Determining Automatic Stay Does Not Apply, and Request to Impose In Rem Relief and/or Equitable Servitude to Prevent any Future Bankruptcy From Staying Eviction of Debtor and Any Other Occupants* (the "Motion for Relief") and states as follows:

_____
Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
301-441-24240
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster,*
*Chapter 7 Trustee for Cheng & Company L.L.C.*

## Jurisdiction

1. This Court has jurisdiction over the Motion for Relief and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion for Relief in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2. Background related to the relief requested herein is in the Motion for Relief. Additional relevant facts are discussed herein. All capitalized terms not herein defined shall have the meaning assigned to them in the Motion for Relief.

## Summary of Relief Requested

3. The Trustee requests that the Court hold a preliminary hearing, for scheduling purposes, on the Motion for Relief on April 10, 2024, at 10:00 a.m., and that the Court order that all objections be filed by 4:00 p.m., on the day before the expedited hearing.

## The Need for Shortened Time

4. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5. The Motion for Relief must be heard promptly. The Trustee must sell the Property by June 1, 2024, the day on which United Bank has relief from stay to foreclose on the Property. No non-inisder purchaser is interested in purchasing the Property with the Tenant Debtor still there. This means the Tenant Debtor must be evicted as soon as possible. The Tenant Debtor was ordered to vacate the Property by February 29, 2024, and continues to delay its inevitable eviction to

2

interfere with the sale of property by the Trustee. A hearing on April 10, 2024 will ensure that the Motion for Relief is timely heard to allow such eviction to take place before the sale.

6. A preliminary hearing on the Motion for Relief on shortened notice will not prejudice parties in interest, as the hearing can be used for scheduling only.

7. Accordingly, cause exists to reduce the notice period pursuant to Rule 9006(c)(1) of the Bankruptcy Rules.

WHEREFORE, the Trustee requests that the Court grant this Motion to Expedite, hold a preliminary hearing on the Motion for Relief on April 10, 2024 at 10:00 a.m., and that the Court order that all objections to the Motion for Relief be filed by 4:00 p.m on the day before the expedited hearing; and that the Court such other relief as it deems appropriate and proper.

Dated:  April 2, 2024                    Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (Bar No. MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee for Cheng & Company L.L.C*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, and by first class mail, postage prepaid, to:

AK Fire Protection Inc.
4325 Still Meadow Rd.
Fairfax, VA 22032

Atlantic Seafood International Group, In
8533 Terminal Road Unit C & D
Lorton, VA 22079

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024

District of Columbia Water & Sewer Authority
1385 Canal Street, SE
Washington, DC 20003

Five Star Noodle Inc.
1124 Congress Street, NE
Washington, DC 20002

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KMG Hauling Inc.
14 Bryant Court
Sterling, VA 20166

Pepco
P.O. Box 13608
Philadelphia, PA 19101

Rice Noodle House LLC
815 6th St NW
Washington, DC 20001

Solid Gold, Inc.
6001 Columbia Park Road
Hyattsville, MD 20785

Virginia Linen Service, Incorporated
875 E Bank St. PO Box 869
Petersburg, VA 23803-3470

Washington Gas
6801 Industrial Road
Springfield, VA 22151

Jumbo Seafood, Inc.
c/o Julie Yun Li Cheng
619 H Street, N.W.
Washington DC 20001

Jumbo Seafood Restaurant, Inc.
c/o Anthony C. Y Cheng, Registered Agent
619 H Street, N.W.
Washington DC 20001

                                                   /s/ *Justin P. Fasano*
                                                   Counsel