**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** ) <br> ) <br> ) <br> **JUMBO SEAFOOD RESTAURANT, INC.,** ) <br> ) <br> **Debtor.** ) <br> ) | **Case No. 24-00090-ELG** <br> **Chapter 11** <br> **Subchapter V** |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON, AND
SHORTEN TIME TO OBJECT TO, MOTION FOR RELIEF FROM STAY TO
PROCEED WITH EVICTION; OR ALTERNATIVELY,
DETERMINING AUTOMATIC STAY DOES NOT APPLY,
AND  REQUEST TO IMPOSE IN REM RELIEF AND/OR EQUITABLE
SERVITUDE TO PREVENT ANY FUTURE BANKRUPTCY FROM
<u>STAYING EVICTION OF DEBTOR AND ANY OTHER OCCUPANTS</u>
(619 H Street, N.W., Washington D.C. 20001)**

Upon consideration of the *Motion to Expedite Hearing On, and Shorten Time to Object to, Motion for Relief from Stay to Proceed With Eviction; or Alternatively, Determining Automatic Stay Does Not Apply, and  Request to Impose In Rem Relief and/or Equitable*

*Servitude to Prevent any Future Bankruptcy From Staying Eviction of Debtor and Any Other Occupants* (the "Motion to Expedite") filed by Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. (the "Landlord Debtor"), with respect to his *Motion for Relief from Stay to Proceed With Eviction; or Alternatively, Determining Automatic Stay Does Not Apply, and Request to Impose In Rem Relief and/or Equitable Servitude to Prevent any Future Bankruptcy From Staying Eviction of Debtor and Any Other Occupants* (the "Motion for Relief"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT**:

    1.    The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

    2.    An expedited preliminary hearing on the Motion for Relief will be held on April 10, 2024 at 10:00 a.m. by videoconference and in person.

    3.    Objections to the relief sought in the Motion for Relief shall be filed electronically with the Court on or prior to 4:00 p.m. one business day before the hearing on the Motion for Relief.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to Wendell W. Webster, Chapter 7 trustee*

**Cc:** all creditors