The order below is hereby signed.

Signed: April 2 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING ORAL MOTION DIRECTING WELLS FARGO
BANK, N.A. TO UNFREEZE DEBTOR'S PRE-PETITION BANK ACCOUNTS**

Upon consideration of the oral motion made by Jumbo Seafood Restaurant, Inc. (the "Debtor") in open court on Monday, April 1, 2024, seeking an order directing Wells Fargo Bank, N.A. ("Wells Fargo") to release any freeze or hold on the pre-petition depository accounts of the Debtor (the "Motion"), the lack of opposition thereto, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Wells Fargo shall release any freeze or hold on the pre-petition bank account of the Debtor bearing an account number ending in 1968 (the "1968 Account"); and it is further

ORDERED, that Wells Fargo shall not dishonor any check drawn against the 1968 Account, dated on or after March 27, 2024, for any reason correlative to the Debtor being an entity in bankruptcy (though Wells Fargo may dishonor any such check for a lack of sufficient funds or

1

on any other basis that would ordinarily invite the dishonor of a check drawn on the account of a business not in bankruptcy).

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*