Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Jumbo*
*Seafood Restaurant, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

## DECLARATION OF DALLAS R. EVANS

1. My name is Dallas R. Evans, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the managing principal of Georgetown Development Partners, hold an undergraduate degree in accounting from the University of Maryland at College Park, hold an MBA from American University, am the former Deputy Mayor of Operations of the District of Columbia for Operations, am the former managing director of Landmark Atlantic Holdings, Inc., am the former president of ISI Professional Services, and do serve – or have served – on the boards of Morgan State University, the Boys and Girls Club of Washington, DC, Foundos Realty, the Fellowship Square Foundation, and American Bank.

3. I maintain an office at 128 M Street, NW, Suite 15, Washington, DC 20001.

4. I am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of Jumbo Seafood Restaurant, Inc. (the "Debtor"); (ii) am not and was not, within two years before the date of filing of the petition for relief, a

1

director, officer or employee of the Debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, I hold no interest adverse to the interest of the Debtor.

5. For want of ambiguity, I am a longtime patron of the Debtor, have interfaced with the Debtor in connection with my previous work for the District of Columbia, and offered informal advisory services to the Debtor (at no cost) in connection with the pre-petition planning of this bankruptcy case.

6. I hold various depository accounts with United Bank, both directly and derivatively, and, as such, am technically a creditor of United Bank insofar as all depository account holders are technically creditors of the institutions with which they bank. I do not, however, have any lines of credit with United Bank, nor do I hold any credit cards issued by United Bank.

7. Excepting those disclosed above, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

8. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Dallas R. Evans, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: April 3, 2024    By:    *Dallas Evans*
                                —83A52D687DF4497...
                               Dallas R. Evans