The order below is hereby signed.

Signed: April 2 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **In re:** ) | |
| ) | **Case No. 24-00090-ELG** |
| **JUMBO SEAFOOD RESTAURANT, INC.,** ) | **Chapter 11** |
| ) | **Subchapter V** |
| **Debtor.** ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON, AND
SHORTEN TIME TO OBJECT TO, MOTION FOR RELIEF FROM STAY TO
PROCEED WITH EVICTION; OR ALTERNATIVELY,
DETERMINING AUTOMATIC STAY DOES NOT APPLY,
AND  REQUEST TO IMPOSE IN REM RELIEF AND/OR EQUITABLE
SERVITUDE TO PREVENT ANY FUTURE BANKRUPTCY FROM
<u>STAYING EVICTION OF DEBTOR AND ANY OTHER OCCUPANTS</u>
(619 H Street, N.W., Washington D.C. 20001)**

Upon consideration of the *Motion to Expedite Hearing On, and Shorten Time to Object to, Motion for Relief from Stay to Proceed With Eviction; or Alternatively, Determining Automatic Stay Does Not Apply, and  Request to Impose In Rem Relief and/or Equitable*

*Servitude to Prevent any Future Bankruptcy From Staying Eviction of Debtor and Any Other Occupants* (the "Motion to Expedite") filed by Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. (the "Landlord Debtor"), with respect to his *Motion for Relief from Stay to Proceed With Eviction; or Alternatively, Determining Automatic Stay Does Not Apply, and Request to Impose In Rem Relief and/or Equitable Servitude to Prevent any Future Bankruptcy From Staying Eviction of Debtor and Any Other Occupants* (the "Motion for Relief"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

2. An expedited preliminary hearing on the Motion for Relief will be held on April 10, 2024 at 10:00 a.m. by videoconference and in person.

3. Objections to the relief sought in the Motion for Relief shall be filed electronically with the Court on or prior to 4:00 p.m. one business day before the hearing on the Motion for Relief.

**END OF ORDER**

**I ASK FOR THIS**

<u>/s/ *Justin P. Fasano*</u>
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to Wendell W. Webster, Chapter 7 trustee*

**Cc:** all creditors

United States Bankruptcy Court
District of Columbia

In re:  
Jumbo Seafood Restaurant, Inc.  
    Debtor

Case No. 24-00090-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 02, 2024      Form ID: pdf001      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Jumbo Seafood Restaurant, Inc., 619 H Street, NW, Washington, DC 20001-3731 |
| 776797 | + | 16 East 20, LLC, 1501 Sulgrave Avenue, Suite 311, Baltimore, MD 21209-3651 |
| 776708 | + | AK Fire Protection Inc., 4325 Still Meadow Rd., Fairfax, VA 22032-1631 |
| 776709 | + | Atlantic Seafood International Group, In, 8533 Terminal Road Unit C & D, Lorton, VA 22079-1428 |
| 776798 | + | Charles & 20, LLC, 1501 Sulgrave Avenue, Baltimore, MD 21209-3654 |
| 776710 | + | Cheng & Company L.L.C., c/o Wendell Webster, Trustee, 1101 Connecticut Avenue, NW Suite 402, Washington, DC 20036-4303 |
| 776712 | + | District of Columbia Water & Sewer Autho, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 776713 | + | Five Star Noodle Inc., 1124 Congress Street, NE, Washington, DC 20002-3418 |
| 776715 | + | KMG Hauling Inc., 14 Bryant Court, Sterling, VA 20166-9574 |
| 776799 | + | Mountain View Orchard, Inc., 1727 Stonebridge Road, Alexandria, VA 22304-1038 |
| 776717 | + | Rice Noodle House LLC, 815 6th St NW, Washington, DC 20001-4579 |
| 776718 | + | Solid Gold, Inc., 6001 Columbia Park Road, Hyattsville, MD 20785-3210 |
| 776719 | | Virginia Linen Service, Incorporated, 875 E Bank St. PO Box 869, Petersburg, VA 23803-3470 |
| 776721 | + | Wendell Webster, Trustee, 1101 Connecticut Avenue, NW Suite 402, Washington, DC 20036-4303 |
| 776800 | + | Yellow Breeches Capital LLC, c/o David V. Fontana, Esq., Gebhardt & Smith LLP, One South Street, Baltimore, MD 21202-3343 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 776711 | + | Email/Text: angela.coleman@dc.gov | Apr 02 2024 22:03:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776714 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2024 22:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 776716 | + | Email/Text: Bankruptcy_General@pepco.com | Apr 02 2024 22:03:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |
| 776720 | + | Email/Text: Bankruptcy@washgas.com | Apr 02 2024 22:03:00 | Washington Gas, 6801 Industrial Road, Springfield, VA 22151-4205 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 02, 2024 | Form ID: pdf001 | Total Noticed: 19

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darrell W. Clark | on behalf of Creditor United Bank darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| David V. Fontana | on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com |
| Justin Philip Fasano | on behalf of Creditor Wendell W. Webster  Chapter 7 Trustee for Cheng and Company, L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Monique Desiree Almy | malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com |
| Ruiqiao Wen | on behalf of Creditor United Bank ruiqiao.wen@stinson.com |
| Tracey Michelle Ohm | on behalf of Creditor United Bank tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 9