The order below is hereby signed.

Signed: April 2 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING ORAL MOTION DIRECTING WELLS FARGO
BANK, N.A. TO UNFREEZE DEBTOR'S PRE-PETITION BANK ACCOUNTS**

Upon consideration of the oral motion made by Jumbo Seafood Restaurant, Inc. (the "Debtor") in open court on Monday, April 1, 2024, seeking an order directing Wells Fargo Bank, N.A. ("Wells Fargo") to release any freeze or hold on the pre-petition depository accounts of the Debtor (the "Motion"), the lack of opposition thereto, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Wells Fargo shall release any freeze or hold on the pre-petition bank account of the Debtor bearing an account number ending in 1968 (the "1968 Account"); and it is further

ORDERED, that Wells Fargo shall not dishonor any check drawn against the 1968 Account, dated on or after March 27, 2024, for any reason correlative to the Debtor being an entity in bankruptcy (though Wells Fargo may dishonor any such check for a lack of sufficient funds or

1

on any other basis that would ordinarily invite the dishonor of a check drawn on the account of a business not in bankruptcy).

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

United States Bankruptcy Court

District of Columbia

In re:     Case No. 24-00090-ELG

Jumbo Seafood Restaurant, Inc.     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Apr 02, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Jumbo Seafood Restaurant, Inc., 619 H Street, NW, Washington, DC 20001-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Darrell W. Clark
    on behalf of Creditor United Bank darrell.clark@stinson.com Siobhan.rudolph@stinson.com

David V. Fontana
    on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com

Justin Philip Fasano
    on behalf of Creditor Wendell W. Webster  Chapter 7 Trustee for Cheng and Company, L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Debtor In Possession Jumbo Seafood Restaurant  Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf001 | Total Noticed: 1 |

malmy@crowell.com monique-almy-7127@ecf.pacerpro.com

Ruiqiao Wen

on behalf of Creditor United Bank ruiqiao.wen@stinson.com

Tracey Michelle Ohm

on behalf of Creditor United Bank tracey.ohm@stinson.com porsche.barnes@stinson.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 9