```
Label Matrix for local noticing          DC Office of Attorney General            Jumbo Seafood Restaurant, Inc.
0090-1                                   400 6th Street, N.W.                     619 H Street, NW
Case 24-00090-ELG                        Washington, DC 20001-0189                Washington, DC 20001-3731
United States Bankruptcy Court for the Distri
Washington, D.C.
Wed Apr 17 14:35:24 EDT 2024

United Bank                              Washington, D.C.                         16 East 20, LLC
c/o Stinson LLP                          E. Barrett Prettyman U. S. Courthouse    1501 Sulgrave Avenue
Attn:  Darrell W. Clark                  333 Constitution Ave, NW #1225           Suite 311
1775 Pennsylvania Avenue, NW             Washington, DC 20001-2802                Baltimore, MD 21209-3651
Suite 800
Washington, DC   20006-4760

AK Fire Protection Inc.                  Atlantic Seafood International Group, In Charles & 20, LLC
4325 Still Meadow Rd.                    8533 Terminal Road Unit C & D            1501 Sulgrave Avenue
Fairfax, VA 22032-1631                   Lorton, VA 22079-1428                    Baltimore, MD 21209-3654


Cheng & Company L.L.C.                   DC GOV'T OFFICE OF TAX AND REVENUE       DC GOV'T OFFICE OF TAX AND REVENUE
c/o Wendell Webster, Trustee             PO BOX 37559                             PO BOX 75520
1101 Connecticut Avenue, NW Suite 402    Washington, DC 20013-7559                WASHINGTON DC 20013-0520
Washington, DC 20036-4303

DC Office of Tax and Revenue             District of Columbia Water & Sewer Autho Five Star Noodle Inc.
1101 4th St., SW #270                    1385 Canal Street, SE                    1124 Congress Street, NE
Washington, DC 20024-4457                Washington, DC 20003-5015                Washington, DC 20002-3418


Internal Revenue Service                 KMG Hauling Inc.                         Mountain View Orchard, Inc.
PO Box 7346                              14 Bryant Court                          1727 Stonebridge Road
Philadelphia, PA 19101-7346              Sterling, VA 20166-9574                  Alexandria, VA 22304-1038


Pepco                                    Pepco                                    Rice Noodle House LLC
P.O. Box 13608                           Pepco Attn: Credit Dept.                 815 6th St NW
Philadelphia, PA 19101-3608              701 9th St. NW                           Washington, DC 20001-4579
                                         Washington, DC 20001-4572

Solid Gold, Inc.                         U. S. Trustee for Region Four            Virginia Linen Service, Incorporated
6001 Columbia Park Road                  U. S. Trustee's Office                   875 E Bank St. PO Box 869
Hyattsville, MD 20785-3210               1725 Duke Street                         Petersburg, VA 23803-3470
                                         Suite 650
                                         Alexandria, VA 22314-3489

Washington Gas                           Wendell Webster, Trustee                 Yellow Breeches Capital LLC
6801 Industrial Road                     1101 Connecticut Avenue, NW Suite 402    c/o David V. Fontana, Esq.
Springfield, VA 22151-4205               Washington, DC 20036-4303                Gebhardt & Smith LLP
                                                                                  One South Street
                                                                                  Baltimore, MD 21202-3343

Maurice Belmont VerStandig               Monique Desiree Almy
The VerStandig Law Firm, LLC             Crowell & Moring LLP
1452 W. Horizon Ridge Pkwy, #665         1001 Pennsylvania Avenue, N.W.
Henderson, NV 89012-4422                 Washington, DC 20004-2595
```