The order below is hereby signed.

Signed: April 24 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00104-ELG |
| CHENG & COMPANY L.L.C., | CHAPTER 7 |
| Debtor. | |
| In re: | |
| JUMBO SEAFOOD RESTAURANT, INC., | Case No. 24-00090-ELG |
| | Chapter 11 |
| | Subchapter V |
| Debtor. | |
| JUMBO SEAFOOD RESTAURANT, INC., | Adv. Proc. No. 24-10013-ELG |
| | Adv. Proc. No. 24-10014-ELG |
| Plaintiff, | |
| Vs. | |
| WENDELL WEBSTER, in His Official Capacity as Chapter 7 Trustee of the Estate of Cheng & Company L.L.C., | |
| Defendant. | |

**CONSENT ORDER RESOLVING ADVERSARY
PROCEEDINGS AND MOTION FOR RELIEF FROM STAY**

Upon consideration of the *Motion to Dismiss Adversary Proceedings* (the "Motion to Dismiss," Case No. 24-10013-ELG, Docket No. 6, and Case No. 24-10014-ELG, Docket No. 5) filed by Wendell W. Webster, Chapter 7 trustee (the "Trustee") of the estate of Cheng & Company L.L.C. (the "Landlord Debtor"), and the *Expedited Motion for Relief from Stay regarding 619 H Street, N.W., Washington D.C. 20001* (the "Motion for Relief, Case No. 24-00090, Docket No. 24), and the consent thereto of Jumbo Seafood Restaurant, Inc. (the "Tenant Debtor"), as evidenced by the signature of counsel below, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Trustee, on behalf of the Landlord Debtor, is GRANTED, pursuant to 11 U.S.C. § 362(d), relief from any applicable stay to pursue his state law remedies to evict the Debtor and any other occupants from the Property, and to enforce this Court's *Order Granting in Part Trustee's Motion to Reject Certain Insider Commercial Lease and Require Insider Commercial Tenant to Vacate Formerly Leased Premises* (the "Rejection Order," Case NO. 23-00104, Dkt. No. 98), effective May 15, 2024 at 5:00 p.m. (the "Ultimate Irrevocable Deadline"), and any stay of enforcement of said state law remedies or of the Rejection Order applicable under Fed. R. Bankr. Proc 4001(a)(3) or otherwise is hereby WAIVED; and it is further

ORDERED, that the Tenant Debtor shall provide counsel to the Trustee all keys, alarm codes, and other devices and information necessary to obtain exclusive entry to the real property located at 619 H Street, N.W., Washington D.C. 20001 ("Property") no later than April 29, 2024 at 11:00 a.m.; and it is further

2

ORDERED, that the Motion to Dismiss is GRANTED, and the complaints filed by the Tenant Debtor in adversary proceedings 24-10013-ELG and 24-10014-ELG are dismissed with prejudice, each side to bear its own fees and costs; and it is further

ORDERED, that (1) (a) the Tenant Debtor shall vacate the Property by the Ultimate Irrevocable Deadline; and that (b) the Trustee may immediately after the Ultimate Irrevocable Deadline (i) engage a locksmith to change all locks to the Property; (ii) dispose of any perishables located at the Property, including food; and (iii) dispose of any alcohol located at the Property pursuant to the laws of the District of Columbia; unless (2) the party that wins the auction scheduled for May 15, 2024 states in writing or on the court record that they wish the Tenant Debtor to remain in the Property; and it is further

ORDERED, that if the winning bidder seeks to have the Tenant Debtor remain in the Property but fails to timely purchase the Property under the winning bidder's purchase contract; (1) (a) the Tenant Debtor shall vacate the Property by June 17, 2024 (the "Second Ultimate Irrevocable Deadline"); and that (b) the Trustee may immediately after the Second Ultimate Irrevocable Deadline (i) engage a locksmith to change all locks to the Property; (ii) dispose of any perishables located at the Property, including food; and (iii) dispose of any alcohol located at the Property pursuant to the laws of the District of Columbia; unless (2) the party that is selected by the Court as the winning backup bidder states in writing or on the court record that they wish the Tenant Debtor to remain in the Property; and it is further

ORDERED, that Dallas Evans and Maurice Verstandig shall continue to represent the Tenant Debtor in order to ensure compliance with this Order; and it is further

ORDERED, that if the Trustee changes the locks to the Property, he will allow reasonable access to property movers which he may select to move any personal property remaining at the

Property to a storage unit selected by the Tenant Debtor, with the Tenant Debtor to pay for any storage costs.

**END OF ORDER**

WE ASK FOR THIS

/s/ Maurice B. VerStandig
 Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Jumbo Seafood Restaurant, Inc.*

/s/ Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*