The order below is hereby signed.

Signed: May 20 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING APPLICATION TO
APPROVE EMPLOYMENT OF MAURICE VERSTANDIG, ESQ.
AND THE BELMONT FIRM AS GENERAL REORGANIZATION
<u>COUNSEL TO JUMBO SEAFOOD RESTAURANT, INC.</u>**

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Esq. and The Belmont Firm as General Reorganization Counsel to Jumbo Seafood Restaurant, Inc. (the "Application," with the debtor herein being known as the "Debtor"), the lack of objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia; and it is further

FOUND, that Maurice VerStandig, Esq. and The Belmont Firm do not hold any interest adverse to the Debtor or the estate; and it is further

1

FOUND, that Maurice VerStandig, Esq. and The Belmont Firm are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ under general retainer Maurice VerStandig, Esq. and The Belmont Firm as general reorganization counsel to the Debtor, effective as of March 27, 2024; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Esq. and The Belmont Firm is subject to the review of this Honorable Court, in conformity with governing law.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*