# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

**In re:**

**Jumbo Seafood Restaurant, Inc.,**

        **Debtor.**

**Case No. 24-00090-ELG**

**Chapter 11 – Subchapter V**

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors held on Friday, May 17, 2024, **has been continued to Friday, June 7, 2024 at 11:00 a.m.,** and will be conducted telephonically. **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated: May 22, 2024

        Gerard R. Vetter,
        Acting United States Trustee, Region Four

        By: */s/ Kristen S. Eustis*
        Kristen S. Eustis, Trial Attorney
        Federal Bar No. MD28984
        Office of the United States Trustee
        1725 Duke St., Suite 650
        Alexandria, VA 22314
        (703) 557-7227- Direct Dial
        Kristen.S.Eustis@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on May 22, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Nancy L. Alper nancy.alper@dc.gov

Darrell W. Clark darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

David V. Fontana dfont@gebsmith.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ruiqiao Wen ruiqiao.wen@stinson.com

                */s/ Robert W. Ours*
                Robert W. Ours
                Paralegal Specialist