# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Jumbo Seafood Restaurant, Inc.,** | Case No. 24-00090-ELG |
| Debtor. | Chapter 11 – Subchapter V |

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors held on Friday, June 7, 2024, **has been continued to Thursday, July 11, 2024 at 1:00 p.m.,** and will be conducted telephonically. **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  June 7, 2024                                           Gerard R. Vetter,
                                                                                   Acting United States Trustee, Region Four

                                                                                   By: */s/ Kristen S. Eustis*
                                                                                   Kristen S. Eustis, Trial Attorney
                                                                                   Federal Bar No. MD28984
                                                                                   Office of the United States Trustee
                                                                                   1725 Duke St., Suite 650
                                                                                   Alexandria, VA 22314
                                                                                   (703) 557-7227- Direct Dial
                                                                                   Kristen.S.Eustis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Nancy L. Alper nancy.alper@dc.gov

Darrell W. Clark darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

David V. Fontana dfont@gebsmith.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ruiqiao Wen ruiqiao.wen@stinson.com

                                  */s/ Robert W. Ours*
                                  Robert W. Ours
                                  Paralegal Specialist