## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

Jumbo Seafood Restaurant, Inc.,                     Case No. 24-00090-ELG

            Debtor.                              Chapter 11 – Subchapter V

### NOTICE OF MOTION TO CONVERT OR DISMISS AND HEARING
### AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to convert or dismiss.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **July 3, 2024**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **July 10, 2024 at 10:00 a.m.** The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Parties in interest with questions may contact the undersigned.  If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

June 17, 2024                                                GERARD R. VETTER
                                                            ACTING U.S. TRUSTEE, REGION 4


                                                            By:  */s/ Kristen S. Eustis*
                                                            Kristen S. Eustis, Trial Attorney
                                                            Federal Bar No. MD28984
                                                            Office of the United States Trustee
                                                            1725 Duke St., Suite 650
                                                            Alexandria, VA 22314
                                                            (703) 557-7227- Direct Dial
                                                            Kristen.S.Eustis@usdoj.gov

### Certificate of Service

I hereby certify that on June 17, 2024, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Nancy L. Alper nancy.alper@dc.gov

Darrell W. Clark darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

David V. Fontana dfont@gebsmith.com

Emil Hirsch ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net;tcarroll@carltonfields.com

Tracey Michelle Ohm tracey.ohm@stinson.com, porsche.barnes@stinson.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Ruiqiao Wen ruiqiao.wen@stinson.com

I further certify that on June 17, 2024, a copy of the foregoing Notice was served by first class mail, postage prepaid to the Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| AK Fire Protection Inc.<br>4325 Still Meadow Road<br>Fairfax, VA 22032 | Atlantic Seafood International Group, Inc.<br>8533 Terminal Road<br>Unit C & D<br>Lorton, VA 22079 |
| Cheng & Company LLC<br>c/o Wendell Webster, Trustee<br>1101 Connecticut Avenue, NW, Suite 402<br>Washington, DC 20036 | DC Office of Tax and Revenue<br>1101 4th St., SW, #270<br>Washington, DC 20024 |

| | |
|---|---|
| District of Columbia<br>Water & Sewer Authority<br>1385 Canal Street, SE<br>Washington, DC 20003 | Five Star Noodle Inc.<br>1124 Congress Street, NE<br>Washington, DC 20002 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KMG Hauling Inc.<br>14 Bryant Court<br>Sterling, VA 20166 |
| PEPCO<br>PO Box 13608<br>Philadelphia, PA 19101 | Rice Noodle House LLC<br>815 6th Street NW<br>Washington, DC 20001 |
| Solid Gold, Inc.<br>60001 Columbia Park Road<br>Hyattsville, MD 20785 | Virginia Linen Service, Inc.<br>875 E Bank St.<br>PO Box 869<br>Petersburg, VA 23803-3470 |
| Washington Gas<br>6801 Industrial Road<br>Springfield, VA 22151 | Wendell Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036 |

/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist