| Asset | Scheduled Value | Liquidation Discount | Liquidation Value |
|---|---:|---:|---:|
| Cash & Cash Equivalents | $5,002.69 | 0.00% | $5,002.69 |
| Food on Hand | $18,000.00 | 80.00% | $3,600.00 |
| Alcohol on Hand | $7,500.00 | 100.00% | $0.00 |
| Miscellanious Inventory | $1,500.00 | 50.00% | $750.00 |
| Equipment | $54,800.00 | 50.00% | $27,400.00 |
| Total | $86,802.69 | n/a | $36,752.69 |