| Class | Claim | Claimant | Amount | Secured Sum | Priority Sum | Unsecured Non-Priority Sum | Amount Paid at Closing | Sum Debtor Asserts to be Due |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DC Gov't Office of Tax and Revenue | $681,314.63 | $36,572.69 | $0.00 | $644,741.94 | $0.00 | $681,314.63 |
| 2 | 1 | DC Gov't Office of Tax and Revenue | $681,314.63 | $0.00 | $106,924.27 | $574,390.36 | $0.00 | $681,314.63 |
| 3 | 2 | Yellow Breeches Capital LLC | $3,926,915.12 | $0.00 | $0.00 | $3,926,915.12 | $2,168,329.62 | $1,758,585.50 |
| 3 | 3 | Pepco | $402.09 | $0.00 | $0.00 | $402.09 | $0.00 | $402.09 |
| 2 | 4 | Internal Revenue Service | $65,539.16 | $0.00 | $40,992.35 | $24,546.81 | $0.00 | $15,566.00 |
| 3 | 5 | Pepco | $5,368.32 | $0.00 | $0.00 | $5,368.32 | $0.00 | $5,368.32 |
| 3 | 6 | United Bank | $3,668,918.54 | $0.00 | $0.00 | $3,668,918.54 | $3,824,464.02 | $0.00 |
| 3 | n/a | AK Fire Protection Inc. | $500.00 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 |
| 3 | n/a | Atlantic Seafood International Group, | $24,455.00 | $0.00 | $0.00 | $24,455.00 | $0.00 | $24,455.00 |
| 3 | n/a | DC Water & Sewer Authority | $3,000.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 |
| 3 | n/a | Five Star Noodles | $180.00 | $0.00 | $0.00 | $180.00 | $0.00 | $180.00 |
| 3 | n/a | KMG Hauling Inc. | $446.00 | $0.00 | $0.00 | $446.00 | $0.00 | $446.00 |
| 3 | n/a | Rice Noodle House LLC | $800.00 | $0.00 | $0.00 | $800.00 | $0.00 | $800.00 |
| 3 | n/a | Solid Gold, Inc. | $30,000.00 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 |
| 3 | n/a | Virginia Linen Service, Inc. | $2,500.00 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 |
| 3 | n/a | Washington Gas | $6,000.00 | $0.00 | $0.00 | $6,000.00 | $0.00 | $6,000.00 |