**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) <br> CHENG & COMPANY L.L.C., ) <br>          ) <br> Debtor. ) <br>          ) | 23-00104-ELG <br> CHAPTER 7 |
| In re: ) <br>          ) <br> JUMBO SEAFOOD RESTAURANT, INC., ) <br>          ) <br> Debtor. ) <br>          ) | Case No. 24-00090-ELG <br> Chapter 11 <br> Subchapter V |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO**
**JOINT MOTION TO APPROVE SETTLEMENT**

 **PLEASE TAKE NOTICE** that Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Landlord Debtor") and Jumbo Seafood, Inc. ("Tenant Debtor") have filed a *Joint Motion to Approve Settlement* (the "Motion"), seeking to settle claims for rent and related claims for $20,000.00.

 **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

 If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:

☒ **On or before July 16, 2024,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

 Any objection filed must be sent to:

        Justin P. Fasano
        McNamee Hosea, P.A.
        6404 Ivy Lane, Suite 820
        Greenbelt, MD 20770

☒    **PLEASE TAKE NOTICE that a hearing will be held on July 23, 2024, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: July 2, 2024                                             Respectfully submitted

                                                           /s/ Justin P. Fasano
                                                           Janet M. Nesse (D.C. Bar 358514)
                                                           Justin P. Fasano (DC Bar MD21201)
                                                           McNamee Hosea
                                                           6404 Ivy Lane, Suite 820
                                                           Greenbelt, MD 20770
                                                           (301) 441-2420
                                                           jnesse@mhlawyers.com
                                                           jfasano@mhlawyers.com
                                                           *Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, a copy of the foregoing *Notice of Joint Motion to Approve Settlement* was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid to:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

And the attached creditors' matrix

/s/ *Justin P. Fasano*
Justin P. Fasano