```
Label Matrix for local noticing          DC Office of Attorney General            Jumbo Seafood Restaurant, Inc.
0090-1                                   400 6th Street, N.W.                     619 H Street, NW
Case 24-00090-ELG                        Washington, DC 20001-0189                Washington, DC 20001-3731
United States Bankruptcy Court for the Distri
Washington, D.C.
Tue Jul  2 15:08:43 EDT 2024

United Bank                              Washington, D.C.                         16 East 20, LLC
c/o Stinson LLP                          E. Barrett Prettyman U. S. Courthouse    1501 Sulgrave Avenue
Attn:  Darrell W. Clark                  333 Constitution Ave, NW #1225           Suite 311
1775 Pennsylvania Avenue, NW             Washington, DC 20001-2802                Baltimore, MD 21209-3651
Suite 800
Washington, DC   20006-4760

AK Fire Protection Inc.                  Atlantic Seafood International Group, In  Charles & 20, LLC
4325 Still Meadow Rd.                    8533 Terminal Road Unit C & D             1501 Sulgrave Avenue
Fairfax, VA 22032-1631                   Lorton, VA 22079-1428                     Baltimore, MD 21209-3654


Cheng & Company L.L.C.                   Clerk, US Bankruptcy Court               DC GOV'T OFFICE OF TAX AND REVENUE
c/o Wendell Webster, Trustee             333 Constitution Ave., NW                PO BOX 37559
1101 Connecticut Avenue, NW Suite 402    Washington, DC 20001-2866                WASHINGTON DC 20013-7559
Washington, DC 20036-4303


DC GOV'T OFFICE OF TAX AND REVENUE       DC Office of Tax and Revenue             District of Columbia Water & Sewer Autho
PO BOX 75520                             1101 4th St., SW #270                    1385 Canal Street, SE
WASHINGTON DC 20013-0520                 Washington, DC 20024-4457                Washington, DC 20003-5015


Five Star Noodle Inc.                    Internal Revenue Service                 KMG Hauling Inc.
1124 Congress Street, NE                 PO Box 7346                              14 Bryant Court
Washington, DC 20002-3418                Philadelphia, PA 19101-7346              Sterling, VA 20166-9574


Mountain View Orchard, Inc.              Pepco                                    Pepco
1727 Stonebridge Road                    P.O. Box 13608                           Pepco Attn: Credit Dept.
Alexandria, VA 22304-1038                Philadelphia, PA 19101-3608              701 9th St. NW
                                                                                  Washington, DC 20001-4572


Rice Noodle House LLC                    Solid Gold, Inc.                         U. S. Trustee for Region Four
815 6th St NW                            6001 Columbia Park Road                  U. S. Trustee's Office
Washington, DC 20001-4579                Hyattsville, MD 20785-3210               1725 Duke Street
                                                                                  Suite 650
                                                                                  Alexandria, VA 22314-3489


United Bank                              Virginia Linen Service, Incorporated    Washington Gas
C/O Attn. Tracey M. Ohm, Stinson LLP     875 E Bank St. PO Box 869                6801 Industrial Road
1775 Pennsylvania Ave. NW, Suite 800     Petersburg, VA 23803-3470                Springfield, VA 22151-4205
Washington DC 20006-4760


Wendell Webster, Trustee                 Yellow Breeches Capital LLC              Maurice Belmont VerStandig
1101 Connecticut Avenue, NW Suite 402    c/o David V. Fontana, Esq.               The VerStandig Law Firm, LLC
Washington, DC 20036-4303                Gebhardt & Smith LLP                     9812 Falls Road
                                         One South Street                         #114-160
                                         Baltimore, MD 21202-3343                 Potomac, MD 20854-3976
```

Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DC Water and Sewer Authority
1385 Canal Street SE
Washington

(u)Yellow Breeches Capital LLC

(d)DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 37559
Washington, DC 20013-7559

(u)Wendell W. Webster, Chapter 7 Trustee for

End of Label Matrix
Mailable recipients    30
Bypassed recipients     4
Total                  34