# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-00090-ELG |
| JUMBO SEAFOOD RESTAURANT, INC., ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## RESPONSE TO U.S. TRUSTEE'S MOTION TO
## CONVERT OR DISMISS CHAPTER 11 CASE

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Debtor") responds to the *U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* (the "Motion," Docket No. 60)*,* and respectfully submits the following:

The Trustee takes no position on the Motion, except to state that the Motion should not be granted until the Joint Motion to Approve Settlement (Docket No. 62) filed by the Trustee and Debtor is approved and implemented. The Trustee believes that it is in the interest of at least administrative creditors such as the Trustee that the case remain pending.

Dated: July 3, 2024                                   Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I served a copy of the foregoing was served via CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano