DocuSign Envelope ID: 9584C2F4-211A-4B4B-A8FF-C9560A7E0E7B

**Fill in this information to identify the case:**

Debtor Name  Jumbo Seafood Restaurant, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-90-ELG

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | |
|---|---|---|
| Month: | May 2024 | |
| Line of business: | Restaurant | |
| Date report filed: | 7/3/2024 | MM / DD / YYYY |
| NAISC code: | 7225 | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Dallas Evans

Original signature of responsible party:  *Dallas Evans* (DocuSigned by: 83A52D987DF4467...)

Printed name of responsible party:  Chief Restructuring Officer

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Jumbo Seafood Restaurant, Inc. | Case number | 24-90-ELG |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 34,274.58

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 170,532.29

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 154,118.20

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 16,414.09

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 50,688.67

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 0.00

    *(Exhibit E)*

Debtor Name  Jumbo Seafood Restaurant, Inc.                                    Case number  24-90-ELG

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ _____0.00

     *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                                  10
27. What is the number of employees as of the date of this monthly report?                     10

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00
30. How much have you paid this month in other professional fees?                                   $ _____0.00
31. How much have you paid in total other professional fees since filing the case?                  $ _____0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 115,000.00 | − | $ 170,532.29 | = | $ -55,532.29 |
| 33. **Cash disbursements** | $ 80,000.00 | − | $ 154,118.20 | = | $ -74,118.20 |
| 34. **Net cash flow** | $ 35,000.00 | − | $ 16,414.09 | = | $ 18,585.91 |

35. Total projected cash receipts for the next month:                                          $ 115,000.00
36. Total projected cash disbursements for the next month:                                   − $ 80,000.00
37. Total projected net cash flow for the next month:                                        = $ 35,000.00

---

Debtor Name  Jumbo Seafood Restaurant, Inc.                                    Case number 24-90-ELG

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Initiate Business Checking℠

May 31, 2024 ■ Page 1 of 4



JUMBO SEAFOOD RESTAURANT INC
619 H ST NW
WASHINGTON DC 20001-3731

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $4,461.81 |
| Deposits/Credits | 12,000.00 |
| Withdrawals/Debits | - 8,336.84 |
| **Ending balance on 5/31** | **$8,124.97** |

Account number: ▉▉▉0351
**JUMBO SEAFOOD RESTAURANT INC**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/15 | | Mobile Deposit : Ref Number :409150064041 | 4,500.00 | | |
| 5/15 | | Mobile Deposit : Ref Number :509150064469 | 5,500.00 | | 14,461.81 |
| 5/23 | < | Business to Business ACH Debit - DC-Otr-Web-Slu Payments 7295513 Tony Chengs Seafood Re | | 8,336.84 | 6,124.97 |
| 5/24 | | Mobile Deposit : Ref Number :516240624337 | 2,000.00 | | 8,124.97 |
| **Ending balance on 5/31** | | | | | **8,124.97** |
| **Totals** | | | **$12,000.00** | **$8,336.84** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following each fee period | | | |
| • Average ledger balance | $1,000.00 | $8,041.00 | ☑ |
| • Minimum daily balance | $500.00 | $4,461.81 | ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

DocuSign Envelope ID: 9584C3E4-211A-4B1B-A8E5-C9560A7E0E7B

Case 24-00090-ELG    Doc 64    Filed 07/03/24    Entered 07/03/24 15:09:03    Desc Main
May 31, 2024 ■ Page 4 of 4                    Document      Page 8 of 26



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                    **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DocuSign Envelope ID: 9584C2E4-311A-4B1B-A8BE-C9560A7E0E7B

# Initiate Business Checking

May 31, 2024 ■ Page 1 of 7



JUMBO SEAFOOD RESTAURANT NC
T/A TONY CHENGS SEAFOOD
RESTAURANT INC
619 H ST NW
WASHINGTON DC 20001-3731

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm
Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles,
infographics, and other resources on the topics of money movement, account
management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s).  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $29,812.77 |
| Deposits/Credits | 158,532.29 |
| Withdrawals/Debits | - 145,781.36 |
| **Ending balance on 5/31** | **$42,563.70** |

Account number: ▮▮▮▮**1968**

**JUMBO SEAFOOD RESTAURANT NC**
**T/A TONY CHENGS SEAFOOD**
**RESTAURANT INC**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/1 | | Merchant Bankcd Deposit 240430 496569294887 Tony Cheng Seafood Res | 1,337.99 | | |
| 5/1 | | Mobile Deposit : Ref Number :216010531544 | 165.00 | | |
| 5/1 | | Mobile Deposit : Ref Number :316010532240 | 165.00 | | 31,480.76 |
| 5/2 | | Merchant Bankcd Deposit 240502 496569294887 Tony Cheng Seafood Res | 2,026.90 | | |
| 5/2 | | <Business to Business ACH Debit - Erieinsuranceweb Payment 017520017328517 Jumbo Seafood Restaura | | 3,771.02 | |
| 5/2 | | Check | | 1,477.60 | |
| 5/2 | 24476 | Check | | 3,179.44 | |
| 5/2 | 24477 | Check | | 3,250.90 | |
| 5/2 | | Paymentus BILLPAY 240502 Paymentuscorp_I Chengs Ta | | 5.95 | |
| 5/2 | | Potomac Electric BILLPAY 240502 Potomac Electri Chengs Ta | | 634.38 | 21,188.37 |
| 5/3 | | Merchant Bankcd Deposit 240503 496569294887 Tony Cheng Seafood Res | 1,781.32 | | |
| 5/3 | | Chase Credit Crd Epay 240502 7491673656 547161698027770 | | 792.95 | |
| 5/3 | | <Business to Business ACH Debit - Merchant Bankcd Deposit 240503 496569294887 Tony Cheng Seafood Res | | 3,249.82 | |
| 5/3 | | DC Water Com-Water 240502 3869034 Null *Null | | 3,928.38 | |
| 5/3 | 24480 | Check | | 90.00 | |
| 5/3 | 24491 | Check | | 150.00 | 14,758.54 |
| 5/6 | | Merchant Bankcd Deposit 240505 496569294887 Tony Cheng Seafood Res | 3,263.76 | | |
| 5/6 | | Merchant Bankcd Deposit 240504 496569294887 Tony Cheng Seafood Res | 5,993.30 | | |
| 5/6 | | Deposit Made In A Branch/Store | 56,404.62 | | |
| 5/6 | | Washington Gas Payment May 02 120001867320 Tony Cheungs Jumbo Sea | | 2,034.63 | |
| 5/6 | 24499 | Check | | 2,308.75 | |
| 5/6 | 24515 | Check | | 481.16 | 75,595.68 |
| 5/7 | | Uber USA 6787 EDI Paymnt May 05 Vlvfje1015Kqhmg Ref*TN*Vlvfje1015\ | 1,084.99 | | |
| 5/7 | 24466 | Check | | 2,548.10 | |
| 5/7 | 24478 | Check | | 3,356.90 | |
| 5/7 | 24460 | Check | | 249.00 | |
| 5/7 | 24462 | Check | | 663.55 | |
| 5/7 | 24461 | Check | | 692.62 | |
| 5/7 | 24492 | Check | | 1,728.83 | |
| 5/7 | 24468 | Check | | 4,800.00 | 62,641.67 |
| 5/8 | | Merchant Bankcd Deposit 240507 496569294887 Tony Cheng Seafood Res | 2,263.77 | | |
| 5/8 | | <Business to Business ACH Debit - IRS Usataxpymt 050824 220452945156739 Jumbo Seafood Inc | | 3,084.02 | |
| 5/8 | 24516 | Check | | 2,171.00 | 59,650.42 |
| 5/9 | | Merchant Bankcd Deposit 240509 496569294887 Tony Cheng Seafood Res | 1,396.06 | | |
| 5/9 | | Mobile Deposit : Ref Number :707090208786 | 225.00 | | |
| 5/9 | 24567 | Deposited OR Cashed Check | | 3,324.60 | |
| 5/9 | 24561 | Deposited OR Cashed Check | | 3,324.60 | |
| 5/9 | 24564 | Check | | 343.25 | |
| 5/9 | 24533 | Check | | 611.45 | |
| 5/9 | 24524 | Check | | 1,297.12 | |
| 5/9 | 24475 | Check | | 552.50 | 51,817.96 |
| 5/10 | | Merchant Bankcd Deposit 240510 496569294887 Tony Cheng Seafood Res | 3,753.82 | | |
| 5/10 | 24529 | Cashed Check | | 1,800.82 | |
| 5/10 | 24539 | Check | | 80.00 | |
| 5/10 | 24522 | Check | | 391.26 | |
| 5/10 | 24494 | Check | | 1,511.55 | |

DocuSign Envelope ID: 9584C3E4311A-4B1B-A8BE-C9560A7E0E7B

May 31, 2024 ■ Page 3 of 7

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|----------|-----------|---------|
| 5/10 | 24463 | Check | | 383.00 | |
| 5/10 | 24557 | Check | | 314.00 | |
| 5/10 | 24527 | Check | | 524.00 | |
| 5/10 | 24531 | Check | | 563.00 | |
| 5/10 | 24493 | Check | | 439.00 | |
| 5/10 | 24518 | Check | | 515.00 | |
| 5/10 | 24498 | Check | | 672.00 | |
| 5/10 | 24566 | Check | | 2,308.75 | 46,069.40 |
| 5/13 | | Merchant Bankcd Deposit 240512 496569294887 Tony Cheng Seafood Res | 2,547.58 | | |
| 5/13 | | Merchant Bankcd Deposit 240512 496569294887 Tony Cheng Seafood Res | 7,857.43 | | |
| 5/13 | 24537 | Check | | 80.00 | |
| 5/13 | 24530 | Check | | 461.75 | |
| 5/13 | 24548 | Check | | 4,300.00 | |
| 5/13 | 24552 | Check | | 462.24 | |
| 5/13 | 24521 | Check | | 549.61 | |
| 5/13 | 24474 | Check | | 1,020.28 | |
| 5/13 | 24473 | Check | | 1,091.65 | |
| 5/13 | 24538 | Check | | 80.00 | |
| 5/13 | 24528 | Check | | 1,477.60 | |
| 5/13 | 24562 | Check | | 176.60 | |
| 5/13 | 24483 | Check | | 1,035.13 | |
| 5/13 | 24525 | Check | | 1,093.03 | |
| 5/13 | 24519 | Check | | 1,302.00 | 43,344.52 |
| 5/14 | | Uber USA 6787 EDI Paymnt May 12 Eazmhvz0NIs979J Ref*TN*Eazmhvz0NI\ | 1,421.46 | | |
| 5/14 | | Merchant Bankcd Deposit 240514 496569294887 Tony Cheng Seafood Res | 4,017.09 | | |
| 5/14 | 24558 | Check | | 1,622.53 | |
| 5/14 | 24559 | Check | | 1,987.44 | |
| 5/14 | 24556 | Check | | 768.45 | 44,404.65 |
| 5/15 | | Merchant Bankcd Deposit 240515 496569294887 Tony Cheng Seafood Res | 2,135.14 | | |
| 5/15 | 24571 | Deposited OR Cashed Check | | 4,500.00 | |
| 5/15 | 24554 | Check | | 2,400.00 | |
| 5/15 | 24572 | Check | | 5,500.00 | 34,139.79 |
| 5/16 | | Merchant Bankcd Deposit 240516 496569294887 Tony Cheng Seafood Res | 2,652.73 | | |
| 5/16 | | Mobile Deposit : Ref Number :916160756587 | 270.00 | | |
| 5/16 | | DC Water Com-Water 240515 7959246 Null *Null | | 2,213.61 | |
| 5/16 | | <Business to Business ACH Debit - Erieinsuranceweb Payment 017520017451876 Jumbo Seafood Restaura | | 10.00 | |
| 5/16 | 24545 | Check | | 1,304.96 | 33,533.95 |
| 5/17 | | Merchant Bankcd Deposit 240516 496569294887 Tony Cheng Seafood Res | 2,546.65 | | |
| 5/17 | 24544 | Check | | 611.00 | 35,469.60 |
| 5/20 | | Merchant Bankcd Deposit 240517 496569294887 Tony Cheng Seafood Res | 4,721.63 | | |
| 5/20 | | Merchant Bankcd Deposit 240519 496569294887 Tony Cheng Seafood Res | 14,556.23 | | |
| 5/20 | | Chase Credit Crd Epay 240517 7529168502 547161698027770 | | 1,567.43 | |
| 5/20 | | Washington Gas Payment May 17 120001867320 Tony Cheungs Jumbo Sea | | 3,200.00 | |
| 5/20 | 24583 | Check | | 266.30 | |
| 5/20 | 24584 | Check | | 500.91 | |
| 5/20 | 24579 | Check | | 362.97 | 48,849.85 |
| 5/21 | | Uber USA 6787 EDI Paymnt May 19 7Bllk2J6PI78Vg8 Ref*TN*7BIlk2J6PI\ | 1,912.43 | | |
| 5/21 | 24574 | Check | | 1,208.42 | 49,553.86 |
| 5/22 | | Merchant Bankcd Deposit 240521 496569294887 Tony Cheng Seafood Res | 5,796.66 | | |

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|--------------------|---------------------|
| 5/22 | 24535 | Check | | 413.33 | |
| 5/22 | 24547 | Check | | 897.76 | |
| 5/22 | 24569 | Check | | 1,800.00 | |
| 5/22 | 24570 | Check | | 1,842.80 | |
| 5/22 | 24549 | Check | | 5,700.00 | 44,696.63 |
| 5/23 | | Merchant Bankcd Deposit 240522 496569294887 Tony Cheng Seafood Res | 8,200.06 | | |
| 5/23 | | <Business to Business ACH Debit - IRS Usataxpymt 052324 220454495922375 Jumbo Seafood Inc | | 3,069.85 | |
| 5/23 | 24543 | Check | | 35.00 | 49,791.84 |
| 5/24 | | Merchant Bankcd Deposit 240523 496569294887 Tony Cheng Seafood Res | 3,382.98 | | |
| 5/24 | | Mobile Deposit : Ref Number :516240616090 | 255.00 | | |
| 5/24 | 24588 | Deposited OR Cashed Check | | 2,000.00 | |
| 5/24 | | <Business to Business ACH Debit - IRS Usataxpymt 052424 220454502122366 Jumbo Seafood Inc | | 550.80 | |
| 5/24 | | Chase Credit Crd Epay 240523 7540582880 547161698027770 | | 1,050.45 | |
| 5/24 | | Chase Credit Crd Epay 240522 7539787086 547161698027770 | | 1,223.78 | |
| 5/24 | 24605 | Check | | 1,595.02 | 47,009.77 |
| 5/28 | | Merchant Bankcd Deposit 240524 496569294887 Tony Cheng Seafood Res | 1,651.44 | | |
| 5/28 | | Merchant Bankcd Deposit 240526 496569294887 Tony Cheng Seafood Res | 6,085.29 | | |
| 5/28 | 24606 | Check | | 669.00 | |
| 5/28 | | Toyota ACH Lease 05242024 Um35Xlvuo4S36Sx Julie Cheng | | 1,886.82 | |
| 5/28 | | Comcast 8299700 041688225 240526 1154862 Tony Che *Seafood | | 386.91 | |
| 5/28 | 24587 | Check | | 215.00 | |
| 5/28 | 24582 | Check | | 399.17 | |
| 5/28 | 24541 | Check | | 1,572.85 | |
| 5/28 | 24540 | Check | | 1,700.00 | 47,916.75 |
| 5/29 | | Uber USA 6787 EDI Paymnt May 26 OI50P627Xfe6Xoz Ref*TN*OI50P627Xf\ | 946.73 | | |
| 5/29 | | Merchant Bankcd Deposit 240528 496569294887 Tony Cheng Seafood Res | 2,302.76 | | |
| 5/29 | 24598 | Deposited OR Cashed Check | | 3,509.30 | |
| 5/29 | 24610 | Check | | 784.97 | |
| 5/29 | 24500 | Check | | 784.98 | 46,086.99 |
| 5/30 | | Merchant Bankcd Deposit 240529 496569294887 Tony Cheng Seafood Res | 4,187.34 | | |
| 5/30 | 24600 | Cashed Check | | 1,477.60 | |
| 5/30 | 24607 | Check | | 150.00 | |
| 5/30 | 24628 | Check | | 361.32 | |
| 5/30 | 24602 | Check | | 461.75 | |
| 5/30 | 24618 | Check | | 495.46 | |
| 5/30 | 24599 | Check | | 1,800.80 | 45,527.40 |
| 5/31 | | Merchant Bankcd Deposit 240530 496569294887 Tony Cheng Seafood Res | 1,224.13 | | |
| 5/31 | 24555 | Check | | 304.76 | |
| 5/31 | 24596 | Check | | 2,103.33 | |
| 5/31 | 24627 | Check | | 173.48 | |
| 5/31 | 24604 | Check | | 1,383.76 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/31 | 24619 | Check | | 218.00 | |
| 5/31 | | Transactions Fee | | 4.50 | 42,563.70 |
| | | **Ending balance on 5/31** | | | **42,563.70** |
| | | **Totals** | **$158,532.29** | **$145,781.36** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 5/2 | 1,477.60 | 24525 | 5/13 | 1,093.03 | 24564 * | 5/9 | 343.25 |
| 24460 | 5/7 | 249.00 | 24527 * | 5/10 | 524.00 | 24566 * | 5/10 | 2,308.75 |
| 24461 | 5/7 | 692.62 | 24528 | 5/13 | 1,477.60 | 24567 | 5/9 | 3,324.60 |
| 24462 | 5/7 | 663.55 | 24529 | 5/10 | 1,800.82 | 24569 * | 5/22 | 1,800.00 |
| 24463 | 5/10 | 383.00 | 24530 | 5/13 | 461.75 | 24570 | 5/22 | 1,842.80 |
| 24466 * | 5/7 | 2,548.10 | 24531 | 5/10 | 563.00 | 24571 | 5/15 | 4,500.00 |
| 24468 * | 5/7 | 4,800.00 | 24533 * | 5/9 | 611.45 | 24572 | 5/15 | 5,500.00 |
| 24473 * | 5/13 | 1,091.65 | 24535 * | 5/22 | 413.33 | 24574 * | 5/21 | 1,208.42 |
| 24474 | 5/13 | 1,020.28 | 24537 * | 5/13 | 80.00 | 24579 * | 5/20 | 362.97 |
| 24475 | 5/9 | 552.50 | 24538 | 5/13 | 80.00 | 24582 * | 5/28 | 399.17 |
| 24476 | 5/2 | 3,179.44 | 24539 | 5/10 | 80.00 | 24583 | 5/20 | 266.30 |
| 24477 | 5/2 | 3,250.90 | 24540 | 5/28 | 1,700.00 | 24584 | 5/20 | 500.91 |
| 24478 | 5/7 | 3,356.90 | 24541 | 5/28 | 1,572.85 | 24587 * | 5/28 | 215.00 |
| 24480 * | 5/3 | 90.00 | 24543 * | 5/23 | 35.00 | 24588 | 5/24 | 2,000.00 |
| 24483 * | 5/13 | 1,035.13 | 24544 | 5/17 | 611.00 | 24596 * | 5/31 | 2,103.33 |
| 24491 * | 5/3 | 150.00 | 24545 | 5/16 | 1,304.96 | 24598 * | 5/29 | 3,509.30 |
| 24492 | 5/7 | 1,728.83 | 24547 * | 5/22 | 897.76 | 24599 | 5/30 | 1,800.80 |
| 24493 | 5/10 | 439.00 | 24548 | 5/13 | 4,300.00 | 24600 | 5/30 | 1,477.60 |
| 24494 | 5/10 | 1,511.55 | 24549 | 5/22 | 5,700.00 | 24602 * | 5/30 | 461.75 |
| 24498 * | 5/10 | 672.00 | 24552 * | 5/13 | 462.24 | 24604 * | 5/31 | 1,383.76 |
| 24499 | 5/6 | 2,308.75 | 24554 * | 5/15 | 2,400.00 | 24605 | 5/24 | 1,595.02 |
| 24500 | 5/29 | 784.98 | 24555 | 5/31 | 304.76 | 24606 | 5/28 | 669.00 |
| 24515 * | 5/6 | 481.16 | 24556 | 5/14 | 768.45 | 24607 | 5/30 | 150.00 |
| 24516 | 5/8 | 2,171.00 | 24557 | 5/10 | 314.00 | 24610 * | 5/29 | 784.97 |
| 24518 * | 5/10 | 515.00 | 24558 | 5/14 | 1,622.53 | 24618 * | 5/30 | 495.46 |
| 24519 | 5/13 | 1,302.00 | 24559 | 5/14 | 1,987.44 | 24619 | 5/31 | 218.00 |
| 24521 * | 5/13 | 549.61 | 24561 * | 5/9 | 3,324.60 | 24627 * | 5/31 | 173.48 |
| 24522 | 5/10 | 391.26 | 24562 | 5/13 | 176.60 | 24628 | 5/30 | 361.32 |
| 24524 * | 5/9 | 1,297.12 | | | | | | |

*\* Gap in check sequence.*

**WELLS FARGO**

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| **Have any ONE of the following each fee period** | | |
| • Average ledger balance | $1,000.00 | $42,249.00 ☑ |
| • Minimum daily balance | $500.00 | $14,758.54 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 109 | 100 | 9 | 0.50 | 4.50 |
| **Total service charges** | | | | | **$4.50** |

 **IMPORTANT ACCOUNT INFORMATION**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

DocuSign Envelope ID: 9584C2F4-211A-4B1B-A8BE-C9560A7E0EZB

Case 24-00090-ELG   Doc 64   Filed 07/03/24   Entered 07/03/24 15:09:03   Desc Main
May 31, 2024 ■ Page 7 of 7                Document      Page 15 of 26

**WELLS FARGO**

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):**
  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                           $ _____
your account which are not                           $ _____
shown on your statement.                          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                              TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

**WELLS FARGO**

Online banking customers can view and print check images that have cleared since their last statement.

# Check Images



REF#8124298236 CK#    24460    249.00



REF#8820086112 CK#    24461    692.62



REF#8820086113 CK#    24462    663.55



REF#8222988108 CK#    24463    383.00



REF#8341294803 CK#    24466    2548.10



REF#8820086114 CK#    24468    4800.00



REF#2468904308 CK#    24473    1091.65



REF#2468904307 CK#    24474    1020.28



REF#8326681107 CK#    24475    552.50



REF#8727753836 CK#    24476    3179.44

Online banking customers can view and print check images that have cleared since their last statement.

**WELLS FARGO**

# Check Images



REF#8727753835 CK#    24477    3250.90



REF#8829794062 CK#    24480    90.00



REF#8829794063 CK#    24491    150.00



REF#8820313746 CK#    24493    439.00



REF#8820313747 CK#    24498    672.00



REF#8341294804 CK#    24478    3356.90



REF#8223078276 CK#    24483    1035.13



REF#8820086115 CK#    24492    1728.83

REF#8428758242 CK#    24494    1511.55

REF#8727899790 CK#    24499    2308.75

DocuSign Envelope ID: 9584C2F4-241A-4B4B-A8E5-C9560A7E0E7B

Case 24-00090-ELG    Doc 64    Filed 07/03/24    Entered 07/03/24 15:09:03    Desc Main
May 31, 2024          ■ Page 3 of 9      Document      Page 19 of 26

**WELLS FARGO**

Online banking customers can view and print check images that have cleared since their last statement.

# Check Images



REF#8224006866 CK#   24500   784.98



REF#8222511676 CK#   24515   481.16



REF#0286694459 CK#   24516   2171.00



REF#8820313748 CK#   24518   515.00



REF#8223117011 CK#   24519   1302.00



REF#8326888615 CK#   24521   549.61



REF#0380842173 CK#   24522   391.26



REF#8222883584 CK#   24524   1297.12



REF#8223078275 CK#   24525   1093.03



REF#8627455876 CK#   24527   524.00

DocuSign Envelope ID: 9584C3F5-311A-4B1B-A8E5-C9560A7E0E7B

Case 24-00090-ELG   Doc 64   Filed 07/03/24   Entered 07/03/24 15:09:03   Desc Main
May 31, 2024          ■ Page 4 of 9   Document      Page 20 of 26

Online banking customers can view and print check images that have cleared since their last statement.

**WELLS FARGO**

# Check Images



REF#8326916254 CK#   24528   1477.60



REF#3045861836 CK#   24529   1800.82



REF#8525646209 CK#   24530   461.75



REF#8627455874 CK#   24531   563.00



REF#8222883872 CK#   24533   611.45



REF#8429599049 CK#   24535   413.33



REF#8525646169 CK#   24537   80.00



REF#8326916255 CK#   24538   80.00



REF#8728296275 CK#   24539   80.00



REF#8729322423 CK#   24540   1700.00

DocuSign Envelope ID: 9584C2F4-A11A-4B1B-A8E5-C9560A7E0E7B
Case 24-00090-ELG    Doc 64    Filed 07/03/24    Entered 07/03/24 15:09:03    Desc Main
Document    Page 21 of 26

May 31, 2024    ■    Page 5 of 9

Online banking customers can view and print check images that have cleared since their last statement.

**WELLS FARGO**

## Check Images



REF#8729322422 CK#    24541    1572.85



REF#8125456024 CK#    24543    35.00



REF#8627922995 CK#    24544    611.00



REF#8820775688 CK#    24545    1304.96



REF#8429599050 CK#    24547    897.76



REF#8820358614 CK#    24548    4300.00



REF#8429610136 CK#    24549    5700.00



REF#8326871831 CK#    24552    462.24



REF#8429040504 CK#    24554    2400.00



REF#8628848414 CK#    24555    304.76

Online banking customers can view and print check images that have cleared since their last statement.

**WELLS FARGO**

# Check Images


REF#8223216494 CK#   24556   768.45


REF#8627455875 CK#   24557   314.00


REF#8525850039 CK#   24558   1622.53


REF#8525850040 CK#   24559   1987.44


REF#2983286953 CK#   24561   3324.60


REF#8223078274 CK#   24562   176.60


REF#8222883875 CK#   24564   343.25


REF#8525628758 CK#   24566   2308.75


REF#2983286952 CK#   24567   3324.60


REF#8544585351 CK#   24569   1800.00

**WELLS FARGO**

Online banking customers can view and print check images that have cleared since their last statement.

# Check Images



REF#8544585350 CK#   24570   1842.80



REF#6386253000 CK#   24571   4500.00



REF#6386254664 CK#   24572   5500.00



REF#8327483506 CK#   24574   1208.42



REF#8526249234 CK#   24579   362.97



REF#0381270933 CK#   24582   399.17



REF#8820915741 CK#   24583   266.30



REF#8125206299 CK#   24584   500.91



REF#8327886327 CK#   24587   215.00



REF#6385372714 CK#   24588   2000.00

Online banking customers can view and print check images that have cleared since their last statement.

**WELLS FARGO**

# Check Images



REF#2469370187 CK# 24596 2103.33



REF#8041702330 CK# 24598 3509.30



REF#8420123414 CK# 24599 1800.80



REF#2780513176 CK# 24600 1477.60



REF#8729473235 CK# 24602 461.75



REF#8328088687 CK# 24604 1383.76



REF#8223851114 CK# 24605 1595.02



REF#8327764199 CK# 24606 669.00



REF#8729473207 CK# 24607 150.00



REF#8224006865 CK# 24610 784.97

Online banking customers can view and print check images that have cleared since their last statement.

**WELLS FARGO**

## Check Images



REF#8628793800 CK#   24618   495.46



REF#8628890985 CK#   24619   218.00



REF#8328088688 CK#   24627   173.48

REF#8729473248 CK#   24628   361.32



REF#8626962681 CK#         1477.60

WELLS FARGO