IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

## DECLARATION PURSUANT TO 11 U.S.C. § 1187(c)

1. My name is Dallas Evans, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the chief restructuring officer ("CRO") of Jumbo Seafood Restaurant, Inc. ("Jumbo Seafood" or the "Debtor").

3. At the time this case was commenced, Jumbo Seafood believed that certain financial reports—including a balance sheet and statement of profit and loss—were maintained by a bookkeeper in New York, with whom the Debtor had been working for many years.

4. Despite repeated requests, I have been unable to procure these financial reports from the aforementioned bookkeeper and now have reason to suspect such reports may either (i) not be maintained in a reliable, updated, or formal manner; or (ii) not exist. I do not feign personal knowledge as to this point, but premise my suspicion upon my experiences as CRO during the pendency of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Dallas Evans_ (DocuSigned)    7/3/2024
Dallas Evans                    Date

1