Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**PRAECIPE AFFIXING BANK STATEMENTS**

Comes now Jumbo Seafood Restaurant, Inc. (the "Debtor" or "Jumbo Seafood"), by and through undersigned counsel, in supplementation of the monthly operating report for April 2024 (DE #55), and files the attached bank statements.

Respectfully submitted,

Dated: July 3, 2024      By:   /s/ Maurice B. VerStandig
                                Maurice B. VerStandig, Esq.
                                Bar No. MD18071
                                The Belmont Firm
                                1050 Connecticut Avenue, NW
                                Suite 500
                                Washington, DC 20036
                                Phone: (202) 991-1101
                                mac@dcbankruptcy.com
                                *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig