# Initiate Business Checking

April 30, 2024 ■ Page 1 of 6



JUMBO SEAFOOD RESTAURANT NC
T/A TONY CHENGS SEAFOOD
RESTAURANT INC
619 H ST NW
WASHINGTON DC 20001-3731

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm
Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $2,634.28 |
| Deposits/Credits | 163,221.90 |
| Withdrawals/Debits | - 136,043.41 |
| **Ending balance on 4/30** | **$29,812.77** |

Account number: ■■■■■1968

**JUMBO SEAFOOD RESTAURANT NC
T/A TONY CHENGS SEAFOOD
RESTAURANT INC**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Merchant Bankcd Deposit 240331 496569294887 Tony Cheng Seafood Res | 9,082.30 | | |
| 4/1 | | Merchant Bankcd Deposit 240330 496569294887 Tony Cheng Seafood Res | 19,585.45 | | 31,302.03 |
| 4/2 | | Uber USA 6787 EDI Paymnt Mar 31 Kyvqciw4Xqnw91K Ref*TN*Kyvqciw4Xq\ | 950.04 | | 32,252.07 |
| 4/3 | | Merchant Bankcd Deposit 240403 496569294887 Tony Cheng Seafood Res | 3,827.02 | | |
| 4/3 | | Mobile Deposit : Ref Number :316030608547 | 135.00 | | 36,214.09 |
| 4/4 | | Merchant Bankcd Deposit 240404 496569294887 Tony Cheng Seafood Res | 4,416.19 | | |
| 4/4 | 24378 | Check | | 100.00 | |
| 4/4 | 24346 | Check | | 818.22 | |
| 4/4 | 24438 | Check | | 1,289.40 | |
| 4/4 | 24443 | Check | | 815.36 | |
| 4/4 | 24440 | Check | | 315.19 | 37,292.11 |
| 4/5 | | Merchant Bankcd Deposit 240405 496569294887 Tony Cheng Seafood Res | 4,909.95 | | |
| 4/5 | 24442 | Cashed Check | | 42,000.00 | |
| 4/5 | 24348 | Check | | 89.70 | 112.36 |
| 4/9 | 24431 | Check | | 678.00 | |
| 4/9 | 24325 | Check | | 312.50 | |
| 4/9 | | Uber USA 6787 EDI Paymnt Apr 07 75Lnrz950Pzc5NA Ref*TN*75Lnrz950P\ | 1,827.92 | | 949.78 |
| 4/11 | | Merchant Bankcd Deposit 240411 496569294887 Tony Cheng Seafood Res | 30,924.60 | | |
| 4/11 | | <Business to Business ACH Debit - Merchant Bankcd Fincl Adj 240411 496569294887 Tony Cheng Seafood Res | | 4,518.03 | |
| 4/11 | 24422 | Check | | 622.66 | |
| 4/11 | 24446 | Check | | 1,289.40 | 25,444.29 |
| 4/12 | | Merchant Bankcd Deposit 240412 496569294887 Tony Cheng Seafood Res | 3,200.62 | | |
| 4/12 | 24448 | Cashed Check | | 15,000.00 | |
| 4/12 | 24449 | Cashed Check | | 4,000.00 | |
| 4/12 | 24046 | Check | | 2,308.75 | |
| 4/12 | 24022 | Check | | 2,308.75 | |
| 4/12 | 24302 | Check | | 2,308.75 | |
| 4/12 | 24383 | Check | | 2,308.75 | 409.91 |
| 4/15 | 24426 | Check | | 1,302.00 | |
| 4/15 | | Merchant Bankcd Deposit 240413 496569294887 Tony Cheng Seafood Res | 3,111.70 | | |
| 4/15 | | Merchant Bankcd Deposit 240414 496569294887 Tony Cheng Seafood Res | 13,032.02 | | |
| 4/15 | 24436 | Check | | 1,289.40 | 13,962.23 |
| 4/16 | | Uber USA 6787 EDI Paymnt Apr 14 Qdkar2V1A9Ita3O Ref*TN*Qdkar2V1A9\ | 1,095.79 | | |
| 4/16 | 24455 | Cashed Check | | 6,800.00 | |
| 4/16 | 24454 | Cashed Check | | 8,000.00 | 258.02 |
| 4/17 | | Merchant Bankcd Deposit 240416 496569294887 Tony Cheng Seafood Res | 1,925.86 | | 2,183.88 |
| 4/18 | | Merchant Bankcd Deposit 240418 496569294887 Tony Cheng Seafood Res | 3,703.41 | | |
| 4/18 | 24457 | Cashed Check | | 5,500.00 | 387.29 |

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/19 | | Merchant Bankcd Deposit 240419 496569294887 Tony Cheng Seafood Res | 2,421.26 | | 2,808.55 |
| 4/22 | | Merchant Bankcd Deposit 240420 496569294887 Tony Cheng Seafood Res | 2,165.17 | | |
| 4/22 | | Merchant Bankcd Deposit 240421 496569294887 Tony Cheng Seafood Res | 4,297.44 | | |
| 4/22 | | Merchant Bankcd Deposit 240421 496569294887 Tony Cheng Seafood Res | 5,308.35 | | 14,579.51 |
| 4/23 | | Uber USA 6787 EDI Paymnt Apr 21 Ho1C2F21Saoxin9 Ref*TN*Ho1C2F21SA\ | 1,277.80 | | |
| 4/23 | | Merchant Bankcd Deposit 240422 496569294887 Tony Cheng Seafood Res | 1,800.00 | | 17,657.31 |
| 4/24 | | Merchant Bankcd Deposit 240423 496569294887 Tony Cheng Seafood Res | 5,281.92 | | 22,939.23 |
| 4/25 | | Merchant Bankcd Deposit 240424 496569294887 Tony Cheng Seafood Res | 1,316.57 | | |
| 4/25 | 24506 | Cashed Check | | 206.90 | |
| 4/25 | 24489 | Cashed Check | | 1,430.15 | |
| 4/25 | 24495 | Check | | 462.01 | |
| 4/25 | 24507 | Check | | 272.15 | |
| 4/25 | 24487 | Check | | 1,457.00 | |
| 4/25 | | Check | | 1,477.60 | |
| 4/25 | 24504 | Check | | 500.27 | |
| 4/25 | 24488 | Check | | 627.00 | |
| 4/25 | 24490 | Check | | 442.21 | |
| 4/25 | 24497 | Check | | 3,387.74 | 13,992.77 |
| 4/26 | | Merchant Bankcd Deposit 240426 496569294887 Tony Cheng Seafood Res | 4,069.79 | | |
| 4/26 | | Deposit | 5,665.00 | | |
| 4/26 | | Deposit | 8,000.00 | | |
| 4/26 | | Deposit | 6,800.00 | | |
| 4/26 | 24501 | Cashed Check | | 1,800.83 | |
| 4/26 | 24470 | Cashed Check | | 236.16 | |
| 4/26 | 24469 | Cashed Check | | 1,663.20 | |
| 4/26 | | Chase Credit Crd Epay 240425 7474202770 547161698027770 | | 1,684.05 | |
| 4/26 | 24505 | Check | | 214.77 | |
| 4/26 | 24423 | Check | | 967.36 | |
| 4/26 | 24486 | Check | | 1,323.45 | |
| 4/26 | 24511 | Check | | 1,625.27 | 29,012.47 |
| 4/29 | | Merchant Bankcd Deposit 240428 496569294887 Tony Cheng Seafood Res | 4,063.11 | | |
| 4/29 | | Merchant Bankcd Deposit 240427 496569294887 Tony Cheng Seafood Res | 8,004.71 | | |
| 4/29 | 24512 | Check | | 259.40 | |
| 4/29 | 24458 | Check | | 461.25 | |
| 4/29 | 24503 | Check | | 461.75 | |
| 4/29 | 24509 | Check | | 855.39 | |
| 4/29 | 24484 | Check | | 1,048.48 | |
| 4/29 | 24510 | Check | | 446.00 | |
| 4/29 | 24514 | Check | | 529.38 | |
| 4/29 | 24513 | Check | | 801.10 | |
| 4/29 | 24467 | Check | | 5,200.00 | |
| 4/29 | | Comcast 8299700 041688225 240426 1616270 Tony Che *Seafood | | 386.91 | 30,630.63 |



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/30 | | Uber USA 6787 EDI Paymnt Apr 28 Zy5Ugf7J3Ejjwl2 Ref*TN*Zy5Ugf7J3E\ | 1,022.91 | | |
| 4/30 | 24465 | Check | | 1,840.77 | 29,812.77 |
| **Ending balance on 4/30** | | | | | **29,812.77** |
| **Totals** | | | **$163,221.90** | **$136,043.41** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**  *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| | 4/25 | 1,477.60 | 24443 | 4/4 | 815.36 | 24489 | 4/25 | 1,430.15 |
| 24022 | 4/12 | 2,308.75 | 24446 * | 4/11 | 1,289.40 | 24490 | 4/25 | 442.21 |
| 24046 * | 4/12 | 2,308.75 | 24448 * | 4/12 | 15,000.00 | 24495 * | 4/25 | 462.01 |
| 24302 * | 4/12 | 2,308.75 | 24449 | 4/12 | 4,000.00 | 24497 * | 4/25 | 3,387.74 |
| 24325 * | 4/9 | 312.50 | 24454 * | 4/16 | 8,000.00 | 24501 * | 4/26 | 1,800.83 |
| 24346 * | 4/4 | 818.22 | 24455 | 4/16 | 6,800.00 | 24503 * | 4/29 | 461.75 |
| 24348 * | 4/5 | 89.70 | 24457 * | 4/18 | 5,500.00 | 24504 | 4/25 | 500.27 |
| 24378 * | 4/4 | 100.00 | 24458 | 4/29 | 461.25 | 24505 | 4/26 | 214.77 |
| 24383 * | 4/12 | 2,308.75 | 24465 * | 4/30 | 1,840.77 | 24506 | 4/25 | 206.90 |
| 24422 * | 4/11 | 622.66 | 24467 * | 4/29 | 5,200.00 | 24507 | 4/25 | 272.15 |
| 24423 | 4/26 | 967.36 | 24469 * | 4/26 | 1,663.20 | 24509 * | 4/29 | 855.39 |
| 24426 * | 4/15 | 1,302.00 | 24470 | 4/26 | 236.16 | 24510 | 4/29 | 446.00 |
| 24431 * | 4/9 | 678.00 | 24484 * | 4/29 | 1,048.48 | 24511 | 4/26 | 1,625.27 |
| 24436 * | 4/15 | 1,289.40 | 24486 * | 4/26 | 1,323.45 | 24512 | 4/29 | 259.40 |
| 24438 * | 4/4 | 1,289.40 | 24487 | 4/25 | 1,457.00 | 24513 | 4/29 | 801.10 |
| 24440 * | 4/4 | 315.19 | 24488 | 4/25 | 627.00 | 24514 | 4/29 | 529.38 |
| 24442 * | 4/5 | 42,000.00 | | | | | | |

*\* Gap in check sequence.*

## Items returned unpaid

| Date | Description | Amount |
|------|------|------|
| 4/8 | Check Reference # 0000829800812217 5602 | 1,302.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

April 30, 2024 ■ Page 5 of 6



## Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $13,435.00 ☑ |
| • Minimum daily balance | $500.00 | -$892.09 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 57 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ✓ IMPORTANT ACCOUNT INFORMATION

_____

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**WELLS FARGO**

---

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . .  $ _____

**ADD**
**B.** Any deposits listed in your                        $ _____
register or transfers into                                     $ _____
your account which are not                                 $ _____
shown on your statement.                               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                             **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . .  - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**WELLS FARGO**

Online banking customers can view and print check images that have cleared since their last statement.

# Check Images



REF#8324836822 CK#   24022   2308.75



REF#8324836794 CK#   24046   2308.75



REF#8324836823 CK#   24302   2308.75



REF#8426383746 CK#   24325   312.50



REF#8426140471 CK#   24346   818.22



REF#8523200524 CK#   24348   89.70



REF#8220271833 CK#   24378   100.00



REF#8324836829 CK#   24383   2308.75



REF#8828353874 CK#   24422   622.66



REF#8325845973 CK#   24423   967.36

**WELLS FARGO**

Online banking customers can view and print check images that have cleared since their last statement.

## Check Images



REF#8426847627 CK#    24426    1302.00



REF#8426334955 CK#    24431    678.00



REF#8426857089 CK#    24436    1289.40



REF#8426140470 CK#    24438    1289.40



REF#8220336023 CK#    24440    315.19

REF#6448722381 CK#    24442    42000.00



REF#8625119530 CK#    24443    815.36

REF#8220822449 CK#    24446    1289.40



REF#2983281313 CK#    24448    15000.00

REF#3389154747 CK#    24449    4000.00

WELLS FARGO

Online banking customers can view and print check images that have cleared since their last statement.

## Check Images



REF#2983282041 CK#    24454    8000.00



REF#2983282042 CK#    24455    6800.00



REF#8041700202 CK#    24457    5500.00



REF#8123617746 CK#    24458    461.25



REF#8123777353 CK#    24465    1840.77



REF#8325914564 CK#    24467    5200.00



REF#4186622718 CK#    24469    1663.20



REF#4186622717 CK#    24470    236.16



REF#8123614049 CK#    24484    1048.48



REF#8325845975 CK#    24486    1323.45

WELLS FARGO

Online banking customers can view and print check images that have cleared since their last statement.

# Check Images



REF#8221682484 CK#    24487    1457.00



REF#8427698100 CK#    24488    627.00



REF#4186622479 CK#    24489    1430.15



REF#8727234115 CK#    24490    442.21



REF#8727183881 CK#    24495    462.01



REF#8727257719 CK#    24497    3387.74



REF#3045860124 CK#    24501    1800.83



REF#8123617369 CK#    24503    461.75



REF#8427698101 CK#    24504    500.27



REF#8325845974 CK#    24505    214.77

Online banking customers can view and print check images that have cleared since their last statement.

**WELLS FARGO**

## Check Images



REF#4186622480 CK#    24506    206.90



REF#8221682434 CK#    24507    272.15



REF#8123617210 CK#    24509    855.39



REF#8325914758 CK#    24510    446.00



REF#8727331106 CK#    24511    1625.27



REF#8123617209 CK#    24512    259.40



REF#8325914757 CK#    24513    801.10

REF#8325914759 CK#    24514    529.38



REF#8123482002 CK#        1477.60

