The order below is hereby signed.

Signed: July 17 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00104-ELG |
| CHENG & COMPANY L.L.C., | CHAPTER 7 |
| Debtor. | |
| | |
| In re: | |
| | Case No. 24-00090-ELG |
| JUMBO SEAFOOD RESTAURANT, INC., | Chapter 11 |
| | Subchapter V |
| Debtor. | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

Upon consideration of the *Joint Motion to Approve Settlement* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Cheng & Company L.L.C. ("Landlord Debtor") and Jumbo Seafood, Inc. ("Tenant Debtor") and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Tenant Debtor shall pay the Trustee $20,000 in full and complete satisfaction of any debt of Tenant Debtor to Landlord Debtor, and it is further

ORDERED, that the bankruptcy estates of the Landlord Debtor and Tenant Debtor are hereby deemed to have released any claims as against each other.

END OF ORDER

WE ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

/s/ Maurice B. VerStandig
 Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Jumbo*
*Seafood Restaurant, Inc.*

United States Bankruptcy Court

District of Columbia

In re:     Case No. 24-00090-ELG

Jumbo Seafood Restaurant, Inc.     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Jul 17, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Jumbo Seafood Restaurant, Inc., 619 H Street, NW, Washington, DC 20001-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darrell W. Clark | on behalf of Creditor United Bank darrell.clark@stinson.com Siobhan.rudolph@stinson.com |
| David V. Fontana | on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Justin Philip Fasano | on behalf of Defendant Wendell Webster Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Creditor Wendell W. Webster Chapter 7 Trustee for Cheng and Company, L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |

District/off: 0090-1  User: admin  Page 2 of 2
Date Rcvd: Jul 17, 2024  Form ID: pdf001  Total Noticed: 1

| | |
|---|---|
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Plaintiff Jumbo Seafood Restaurant Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Jumbo Seafood Restaurant Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Monique Desiree Almy | malmy@crowell.com monique-almy-7127@ecf.pacerpro.com |
| Nancy L. Alper | on behalf of Creditor DC Office of Attorney General nancy.alper@dc.gov |
| Ruiqiao Wen | on behalf of Creditor United Bank ruiqiao.wen@stinson.com |
| Tracey Michelle Ohm | on behalf of Creditor United Bank tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 13