**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JUMBO SEAFOOD RESTAURANT, INC. | * | Case No. 24-00090 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**APPLICATION FOR COMPENSATION IN A CASE UNDER**
**<u>SUBCHAPTER V OF CHAPTER 11</u>**

Monique D. Almy, Subchapter V Trustee herein, (the "Applicant"), hereby requests entry of an order approving compensation and reimbursement of expenses incurred on behalf of the Debtor in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").   By this Application, Applicant requests that the Court allow an administrative claim for fees and expenses of $10,720.  Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1.      Date petition filed:     March 27, 2024

2.      Date plan confirmed:  N/A

3.      The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee in this case on March 29, 2024.

4.      Amount of fees and expenses previously approved:

   a.   Fees: $0

   b.   Expenses: $0

5.      Amounts of fees and expenses received to date:

   a.   Fees:  $0

   b.   Expenses:  $0

6.      Time period covered by this Application:     March 28, 2024 through July 10, 2024.

7.      Fees requested in this Application:                      $10,720

    a.    Partner:              800 x 13.4 hours            = $10,720

8.      Total hours in this Application:  13.4

9.      Total expenses requested in this Application:          $

10.     Total fees and expenses requested:                   $10,720

11.     A brief billing statement is attached as Exhibit A.

12.     Brief description of services:  Served as Subchapter V Trustee as detailed in the attached entries.

13.     Applicant hereby affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

14.     Applicant submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

15.     No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

16.     Use of this short form fee application was authorized for this case by the Court's Initial Scheduling Order in this case entered on March 29, 2024.

WHEREFORE, the Applicant prays that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Application as an allowed administrative expense priority claim.

Dated:  July 22, 2024                        /S/ Monique D. Almy_____
                                             Monique D. Almy (Fed. Bar No. 04479)
                                             Crowell & Moring LLP
                                             1001 Pennsylvania Avenue, N.W., 10th Floor
                                             Washington, DC 20004
                                             Telephone: (202) 624-2935
                                             SubChapter V Trustee

DCACTIVE-77049726.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Trustee's Application for Compensation in a Case Under Subchapter V of Chapter 11 will be served electronically by the Court's CM/ECF system on the following:

- **Nancy L. Alper**    nancy.alper@dc.gov
- **Darrell W. Clark**    darrell.clark@stinson.com, Siobhan.rudolph@stinson.com
- **Kristen S. Eustis**    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; fasano.justinr92003@notify.bestcase.com
- **David V. Fontana**    dfont@gebsmith.com
- **Emil Hirsch**    ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net; tcarroll@carltonfields.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **U. S. Trustee for Region Four**    USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email
- **Ruiqiao Wen**    ruiqiao.wen@stinson.com

　_/S/ Monique D. Almy_____
　Monique D. Almy

DCACTIVE-77049726.1