## BILLABLE PROFORMA

| | |
|---|---|
| Billing Attorney: 001830/ Monique D. Almy | Fees, Disbursements and Charges Through: 07/31/24 |
| Client: 118688/ Monique D. Almy, Subchapter V Trustee | Last Date Billed  (Through 07/31/24) |
| Matter: 118688.0000037/ Jumbo Seafood Restaurant, Inc. | Bill Cycle: Upon Conclusion |
| EBill Vendor: | Matter Open Date: Apr 10, 2024 |
| Ebill Invoice: N | Client Reference Number: |
| | Proforma Group # : |
| | Time Increment: Tenths of an hour |
| | Proforma Generation Date: 7/10/2024 12:02:39 PM |

**Billing Instructions: Client Level: Almy, M = $800; else 2023 Standard Rates (103)**

| | | | |
|---|---|---|---|
| Total Fees (discount added in) | $10,720.00 | Trust Retainer Portion: | $0.00 |
| Total Other Services and Expenses | $0.00 | Full Trust Balance: | $0.00 |
| Total Charges | $0.00 | Unallocated Balance: | $0.00 |
| Subtotal | $10,720.00 | | |
| | | YTD Fees Billed | $0.00 |
| Unallocated Amount Applied | $0.00 | YTD Disb Billed | $0.00 |
| Retainer / Trust Amount Applied | $0.00 | | |
| Billed on Account | $0.00 | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed: | $0.00 |
| TOTAL THIS PROFORMA | $10,720.00 | | |
| | | AR Balance This Matter | $0.00 |

Address:   Monique D. Almy, Subchapter V Trustee
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000037/ Jumbo Seafood Restaurant, Inc.

Fees, Disbursements and Charges Through: 07/31/24
Last Date Billed  (Through 07/31/24)
Proforma Group # :

**Professional Services Detail**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|-------------------------------------|-------|---------------|
| 17225416 | 03/28/24 | Almy, Monique | Call from Debtor's counsel to discuss background Washington D.C. | 0.50 | 400.00 |
| 17225422 | 03/29/24 | Almy, Monique | Review Motion to Pay Pre-petition wages Washington D.C. | 0.10 | 80.00 |
| 17225419 | 03/29/24 | Almy, Monique | Review Petition and related affidavit. Washington D.C. | 0.10 | 80.00 |
| 17225427 | 04/01/24 | Almy, Monique | Attend First Day Motions hearing on pre-petition wages. Washington D.C. | 0.40 | 320.00 |
| 17225428 | 04/02/24 | Almy, Monique | Call from Debtor's attorney following First Day hearing. Washington D.C. | 0.50 | 400.00 |
| 17222144 | 04/09/24 | Almy, Monique | Attend IDI. Washington D.C. | 0.70 | 560.00 |
| 17222146 | 04/09/24 | Almy, Monique | Call from Debtor's counsel to discuss strategy on brief filed and upcoming hearing. Washington D.C. | 0.70 | 560.00 |
| 17225410 | 04/10/24 | Almy, Monique | Attend preliminary hearing on Lift Stay. Washington D.C. | 0.80 | 640.00 |
| 17225408 | 04/10/24 | Almy, Monique | Review Opposition filed by Debtor to Landlord's Lift Stay Motion. Washington D.C. | 0.50 | 400.00 |

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy          Fees, Disbursements and Charges Through: 07/31/24
Client: 118688/ Monique D. Almy, Subchapter V Trustee      Last Date Billed  (Through 07/31/24)
Matter: 118688.0000037/ Jumbo Seafood Restaurant, Inc.      Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 17366024 | 04/17/24 | Almy, Monique | Attend hearing on Motions to Approve Employment of Debtor's counsel and Employment of CRO. | 0.50 | 400.00 |
| | | | Washington D.C. | | |
| 17378581 | 04/19/24 | Almy, Monique | Attend 341 meeting. | 1.70 | 1,360.00 |
| | | | Washington D.C. | | |
| 17400981 | 04/24/24 | Almy, Monique | Review proposed Consent Order resolving Adversaries. | 0.10 | 80.00 |
| | | | Washington D.C. | | |
| 17400980 | 04/24/24 | Almy, Monique | Attend hearing on continued CRO and Motion to Consolidate. | 0.60 | 480.00 |
| | | | Washington D.C. | | |
| 17516449 | 05/15/24 | Almy, Monique | Attend hearing and auction in case of landlord that owns building where restaurant operates. | 2.80 | 2,240.00 |
| | | | Washington D.C. | | |
| 17527340 | 05/17/24 | Almy, Monique | Attend continued 341 meeting. | 0.30 | 240.00 |
| | | | Washington D.C. | | |
| 17544616 | 05/22/24 | Almy, Monique | Attend status hearing | 0.70 | 560.00 |
| | | | Washington D.C. | | |
| 17664187 | 06/05/24 | Almy, Monique | Attend CRO hearing. | 0.70 | 560.00 |
| | | | Washington D.C. | | |
| 17674438 | 06/07/24 | Almy, Monique | Attend continued 341 meeting. | 0.20 | 160.00 |
| | | | Washington D.C. | | |

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000037/ Jumbo Seafood Restaurant, Inc.

Fees, Disbursements and Charges Through: 07/31/24  
Last Date Billed  (Through 07/31/24)  
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| 17794057 | 06/25/24 | Almy, Monique | Call from Debtor's counsel to discuss plan terms and general strategy to get to confirmation.<br><br>Washington D.C. | 0.50 | 400.00 |
| 17794085 | 06/26/24 | Almy, Monique | Review proposed plan and provide thoughts to Debtor's counsel.<br><br>Washington D.C. | 0.50 | 400.00 |
| 17871961 | 07/10/24 | Almy, Monique | Attend Motion to Dismiss Hearing.<br><br>Washington D.C. | 0.50 | 400.00 |
| | | | **Professional Services Total** | **13.40** | **$10,720** |

PROFORMA

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy                     Fees, Disbursements and Charges Through: 07/31/24
Client: 118688/ Monique D. Almy, Subchapter V Trustee         Last Date Billed  (Through 07/31/24)
Matter: 118688.0000037/ Jumbo Seafood Restaurant, Inc.        Proforma Group # :

### Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 001830 | Partner | Almy, Monique | 800.00 | 13.40 | $10,720.00 |
| | | | **Fees Value** | **13.40** | **$10,720.00** |