**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JUMBO SEAFOOD RESTAURANT, INC. | * | Case No. 24-00090 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF TRUSTEE'S APPLICATION FOR COMPENSATION IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Monique D. Almy, Trustee ("Applicant") has filed in this case her Application for Compensation in a Case under Subchapter V of Chapter 11 (the "Application") for the period from March 28, 2024 through July 10, 2024 (the "Application Period").  The Application may be inspected by an interested party at the office of the Clerk, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC  20001, during normal business hours.

The Applicant seeks approval of her fees totaling $10,720 which may be paid by the Debtor for the fees and expenses incurred in connection with her service as the Trustee in the Debtor's bankruptcy case.

IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT **WITHIN 21 DAYS OF THE DATE OF THIS NOTICE** IN ADDITION TO SERVING YOUR RESPONSE ON THE UNDERSIGNED COUNSEL AND TO THE PARTIES ON THE SERVICE LIST.  ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

Dated:  July 22, 2024                                         /S/ Monique D. Almy
                                                                         Monique D. Almy (Fed. Bar No. 04479)
                                                                         Crowell & Moring LLP
                                                                         1001 Pennsylvania Avenue, N.W., 10th Floor
                                                                         Washington, DC 20004
                                                                         Telephone: (202) 624-2935
                                                                         SubChapter V Trustee

DCACTIVE-77049911.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of filing of Application for Compensation in a Case under Subchapter V of Chapter 11 will be served electronically by the Court's CM/ECF system on the following:

- **Nancy L. Alper**   nancy.alper@dc.gov
- **Darrell W. Clark**   darrell.clark@stinson.com, Siobhan.rudolph@stinson.com
- **Kristen S. Eustis**   Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; fasano.justinr92003@notify.bestcase.com
- **David V. Fontana**   dfont@gebsmith.com
- **Emil Hirsch**   ehirsch@carltonfields.com, ewhittington@carltonfields.com; wdcecf@cfdom.net; tcarroll@carltonfields.com
- **Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **U. S. Trustee for Region Four**   USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email
- **Ruiqiao Wen**   ruiqiao.wen@stinson.com

And was served via first class mail, postage prepaid on all parties on the Court's mailing matrix for this case.

                                                                 /S/ Monique D. Almy
                                                                 Monique D. Almy