16 East 20, LLC
1501 Sulgrave Avenue, Suite 311
Baltimore, MD 21209-3651

AK Fire Protection Inc.
4325 Still Meadow Rd.
Fairfax, VA 22032-1631

Atlantic Seafood International Group, In
8533 Terminal Road Unit C & D
Lorton, VA 22079-1428

Charles & 20, LLC
1501 Sulgrave Avenue
Baltimore, MD 21209-3654

Cheng & Company L.L.C.
c/o Wendell Webster, Trustee
1101 Connecticut Avenue, NW Suite 402
Washington, DC 20036-4303

DC Gov't Office Of Tax And Revenue
PO Box 37559
Washington DC 20013-7559

DC Gov't Office Of Tax And Revenue
PO Box 75520
Washington, DC 20013-0520

DC Office of Attorney General
400 6th Street, N.W.
Washington, DC 20001-0189

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

District of Columbia Water & Sewer Autho
1385 Canal Street, SE
Washington, DC 20003-5015

Five Star Noodle Inc.
1124 Congress Street, NE
Washington, DC 20002-3418

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jumbo Seafood Restaurant, Inc.
619 H Street, NW
Washington, DC 20001-3731

KMG Hauling Inc.
14 Bryant Court
Sterling, VA 20166-9574

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Mountain View Orchard, Inc.
1727 Stonebridge Road
Alexandria, VA 22304-1038

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pepco
Pepco Attn: Credit Dept.
701 9th St. NW
Washington, DC 20001-4572

Rice Noodle House LLC
815 6th St NW
Washington, DC 20001-4579

Solid Gold, Inc.
6001 Columbia Park Road
Hyattsville, MD 20785-3210

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

United Bank
c/o Stinson LLP
Attn:  Darrell W. Clark, Tracey Ohn
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC   20006-4760

Virginia Linen Service, Incorporated
875 E Bank St. PO Box 869
Petersburg, VA 23803-3470

Washington Gas
6801 Industrial Road
Springfield, VA 22151-4205

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Yellow Breeches Capital LLC
c/o David V. Fontana, Esq.
Gebhardt & Smith LLP
One South Street
Baltimore, MD 21202-3343