The order below is hereby signed.

Signed: July 22 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

**In re:**

**Jumbo Seafood Restaurant, Inc.,**

       **Debtor.**

Case No. 24-00090-ELG

Chapter 11 – Subchapter V

## CONSENT ORDER DISMISSING CASE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, and with the consent of the Debtor as evidenced by its counsel's signature below, it is, by the United States Bankruptcy Court for the District of Columbia hereby:

ORDERED that the motion of the Acting United States Trustee is hereby granted, and this case is hereby DISMISSED.

It is further ORDERED that the Court will retain jurisdiction to hear any applications for compensation, which shall be filed within fourteen (14) days of entry of this Order.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed

below and give notice of this order to all parties listed on the mailing matrix.

I Ask For This:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

SEEN AND NO OBJECTION:

Jumbo Seafood Restaurant, Inc.

By:

/s/ Maurice Belmont VerStandig
Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

SEEN AND NO OBJECTION:

Wendell Webster, Chapter 7 Trustee of Cheng & Co.

By: MCNAMEE HOSEA, P.A.

/s/ Justin Fasano
Justin P. Fasano, Fed Bar No. MD21201
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com

SEEN AND NO OBJECTION:

The Subchapter V Trustee

*/s/ Monique Almy*
Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-624-2935


Copies to:

- **Monique Desiree Almy**   malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com
- **Nancy L. Alper**   nancy.alper@dc.gov
- **Darrell W. Clark**   darrell.clark@stinson.com, Siobhan.rudolph@stinson.com
- **Kristen S. Eustis**   Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com
- **David V. Fontana**   dfont@gebsmith.com
- **Emil Hirsch**   ehirsch@carltonfields.com, ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com
- **Tracey Michelle Ohm**   tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **U. S. Trustee for Region Four**   USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Ruiqiao Wen**   ruiqiao.wen@stinson.com

All creditors on mailing matrix

**END OF ORDER**