The order below is hereby signed.

Signed: July 22 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

**In re:**

**Jumbo Seafood Restaurant, Inc.,**

          **Debtor.**

**Case No. 24-00090-ELG**

**Chapter 11 – Subchapter V**

## CONSENT ORDER DISMISSING CASE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, and with the consent of the Debtor as evidenced by its counsel's signature below, it is, by the United States Bankruptcy Court for the District of Columbia hereby:

ORDERED that the motion of the Acting United States Trustee is hereby granted, and this case is hereby DISMISSED.

It is further ORDERED that the Court will retain jurisdiction to hear any applications for compensation, which shall be filed within fourteen (14) days of entry of this Order.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed

below and give notice of this order to all parties listed on the mailing matrix.

I Ask For This:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

SEEN AND NO OBJECTION:

Jumbo Seafood Restaurant, Inc.

By:

/s/ Maurice Belmont VerStandig
Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

SEEN AND NO OBJECTION:

Wendell Webster, Chapter 7 Trustee of Cheng & Co.

By: MCNAMEE HOSEA, P.A.

/s/ Justin Fasano
Justin P. Fasano, Fed Bar No. MD21201
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com

SEEN AND NO OBJECTION:

The Subchapter V Trustee

*/s/ Monique Almy*
Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-624-2935

Copies to:

- **Monique Desiree Almy**    malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com
- **Nancy L. Alper**    nancy.alper@dc.gov
- **Darrell W. Clark**    darrell.clark@stinson.com, Siobhan.rudolph@stinson.com
- **Kristen S. Eustis**    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com
- **David V. Fontana**    dfont@gebsmith.com
- **Emil Hirsch**    ehirsch@carltonfields.com, ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com
- **Tracey Michelle Ohm**    tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **U. S. Trustee for Region Four**    USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Ruiqiao Wen**    ruiqiao.wen@stinson.com

All creditors on mailing matrix

**END OF ORDER**

United States Bankruptcy Court
District of Columbia

In re:  
Jumbo Seafood Restaurant, Inc.  
    Debtor

Case No. 24-00090-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 3  
Date Rcvd: Jul 23, 2024     Form ID: pdf001     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Jumbo Seafood Restaurant, Inc., 619 H Street, NW, Washington, DC 20001-3731 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | DC Office of Attorney General, 400 6th Street, N.W., Washington, DC 20001, UNITED STATES 20001-0189 |
| cr | + | United Bank, c/o Stinson LLP, Attn: Darrell W. Clark, 1775 Pennsylvania Avenue, NW, Suite 800 Washington, DC 20006-4760 |
| 776797 | + | 16 East 20, LLC, 1501 Sulgrave Avenue, Suite 311, Baltimore, MD 21209-3651 |
| 776708 | + | AK Fire Protection Inc., 4325 Still Meadow Rd., Fairfax, VA 22032-1631 |
| 776709 | + | Atlantic Seafood International Group, In, 8533 Terminal Road Unit C & D, Lorton, VA 22079-1428 |
| 776798 | + | Charles & 20, LLC, 1501 Sulgrave Avenue, Baltimore, MD 21209-3654 |
| 776710 | + | Cheng & Company L.L.C., c/o Wendell Webster, Trustee, 1101 Connecticut Avenue, NW Suite 402, Washington, DC 20036-4303 |
| 779251 | + | Clerk, US Bankruptcy Court, 333 Constitution Ave., NW, Washington, DC 20001-2866 |
| 776856 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, Washington, DC 20013-7559 |
| 778571 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON DC 20013-0520 |
| 776712 | + | District of Columbia Water & Sewer Autho, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 776713 | + | Five Star Noodle Inc., 1124 Congress Street, NE, Washington, DC 20002-3418 |
| 776715 | + | KMG Hauling Inc., 14 Bryant Court, Sterling, VA 20166-9574 |
| 776799 | + | Mountain View Orchard, Inc., 1727 Stonebridge Road, Alexandria, VA 22304-1038 |
| 776717 | + | Rice Noodle House LLC, 815 6th St NW, Washington, DC 20001-4579 |
| 776718 | + | Solid Gold, Inc., 6001 Columbia Park Road, Hyattsville, MD 20785-3210 |
| 778797 | + | United Bank, C/O Attn. Tracey M. Ohm, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington DC 20006-4760 |
| 776719 | | Virginia Linen Service, Incorporated, 875 E Bank St. PO Box 869, Petersburg, VA 23803-3470 |
| 776720 | + | Washington Gas, 6801 Industrial Road, Springfield, VA 22151-4205 |
| 776721 | + | Wendell Webster, Trustee, 1101 Connecticut Avenue, NW Suite 402, Washington, DC 20036-4303 |
| 776800 | + | Yellow Breeches Capital LLC, c/o David V. Fontana, Esq., Gebhardt & Smith LLP, One South Street, Baltimore, MD 21202-3343 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jul 23 2024 22:04:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jul 23 2024 21:57:10 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Jul 23 2024 21:57:12 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Jul 23 2024 22:03:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Jul 23 2024 22:04:00 | Securities and Exchange Commission, Atlanta |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf001 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 23 2024 22:04:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 776711 | + | Email/Text: angela.coleman@dc.gov | Jul 23 2024 22:04:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776714 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2024 22:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 777041 | + | Email/Text: Bankruptcy_General@pepco.com | Jul 23 2024 22:04:00 | Pepco, Pepco Attn: Credit Dept., 701 9th St. NW, Washington, DC 20001-4572 |
| 776716 | + | Email/Text: Bankruptcy_General@pepco.com | Jul 23 2024 22:04:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DC Water and Sewer Authority, 1385 Canal Street SE, Washington |
| cr | | Wendell W. Webster, Chapter 7 Trustee for Cheng an |
| cr | | Yellow Breeches Capital LLC |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 776864 | *+ | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

**Name**  **Email Address**

Darrell W. Clark
  on behalf of Creditor United Bank darrell.clark@stinson.com Siobhan.rudolph@stinson.com

David V. Fontana
  on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com

Emil Hirsch
  on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
  ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com

Justin Philip Fasano
  on behalf of Defendant Wendell Webster  Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com,
  jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf001 | Total Noticed: 33 |

|  |  |
|---|---|
|  | on behalf of Creditor Wendell W. Webster Chapter 7 Trustee for Cheng and Company, L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Plaintiff Jumbo Seafood Restaurant Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Jumbo Seafood Restaurant Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Monique Desiree Almy | malmy@crowell.com monique-almy-7127@ecf.pacerpro.com |
| Nancy L. Alper | on behalf of Creditor DC Office of Attorney General nancy.alper@dc.gov |
| Ruiqiao Wen | on behalf of Creditor United Bank ruiqiao.wen@stinson.com |
| Tracey Michelle Ohm | on behalf of Creditor United Bank tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 13