### DALLAS R. EVANS
**CHIEF RESTRUCTURING OFFICER**
**1732 Webster St., NW**
**Washington, D.C. 20011**

July 9, 2024

Jumbo Seafood, Inc.
619 H Street, NW
Washington, DC 20001

Attn: Mac Verstandig, Bankruptcy Counsel

Mr. Verstandig:

The following represents services provided to Jumbo Seafood as Chief Restructuring
Officer for the period March 29, 2024, thru June 30, 2024.

- March 2024        4.00 hours
- April  2024      23.25 hours
- May   2024        7.00 hours
- June   2024       5.75 hours

|  | |
|---|---|
| TOTAL | 40.00 hours@$300.00/hour |
|  | $12, 000.00 |
| Reimbursement | 27.00 Parking BR Court Appearance |
| Total Due | $12,027.00 |

Details of services provided are in the attached pages from my log.  If you should have
any questions, please contact me.

Sincerely,

Dallas R. Evans

SUBJECT:
4x5

March 27, 2024

2 hr 6:00 pm - 8:00 pm   → Review + discuss BR Petion w/ Mac VerStandig

2 hr 8:00 Am - 9:00 am   → Discuss w/ Mac V and Tony C - BR + appt of DE as CRO

March Total 4 hrs   April 1, 2024

.5 hrs   9:08 am - 9:30 am → Discuss w/ Mac V. the 11:00 am meeting w/ BR Judge. Discuss w/ Tony Cleng + Mac V the 11:00 am hearing and Jumbo Seafood Payroll - Employee to be paid and Cleng Family member receive ½ of their regular Wages due to BR filing.

.5 hrs   11:00 am - 11:30 am Zoom meeting w/ BR Judge ✓ Trustee

April 2, 2024

.25 hrs   7:30 am - 7:45 am → Review Update to Petition for DE appointment as CRO

.5 hrs   3:00 pm - 3:30 pm → meeting w/ Truist Bank to Set - up DIP account Jumbo Seafood not Clengs not a current Customer so Truist refused to open the account

.50 hrs   8:00 pm - 8:30 pm → Review w/ Joe Selba, BR for Baltimore Properties, to discuss D. Evans role as CRO for Jumbo Seafood and impact on cross collateralization of D.C. property → 619 H St. NW

Sub 2.25 hrs

SUBJECT:

1 hr  April 3rd 3:00 Pm - 4:00 Pm - Visited Capital Bank & TD Bank
w/Francis Ave to set up DIP Acct
- Capital Bank - no → not
current customer -
- TD Bank → ok - Clergys
have current Acct with
TD Bank

.5 hrs  4:00 - 4:30 Pm  April 4, 2024  - Call w/ Julie Cheny to discuss
logistics of setting up TD Bank
DIP Account - Needed
all deposits/Revenue to
be and disbursement
flowing thru the DIP Acct
post March 27, 2024, BK
filing

April 5, 2024
2.5 hrs   11:35 Pm - 2:00 Pm - Review Vendors Invoices and
write checks on DIP Account
- Deposit $ 42,000 check / Wells Fargo - cashiers check
to DIP Account -

2.0 hrs   6:30 Pm - 8:30 Pm → Review Jumbo Seafood
Payroll for Period ending
March 31, 2024 -
Prepare payroll checks

April 8th, 2024
.25 hrs   8:15 am - 8:30 am - Call w/ Mac V
to confirm DIP Account
and check written

April 9, 2024
.50 hr   11:15am - 11:45am - Review stay order w/
Mac V.
1 hr.   2:00 Pm - 3:00pm - Virtual meeting w/Mac V. + BK Trustee

sub 7.75 hrs

Case 24-00090-ELG    Doc 75-1    Filed 08/11/24    Entered 08/11/24 21:56:10    Desc
Exhibit A - Time Records    Page 4 of 8

JAN    FEB    MAR    APR    MAY    JUN    JUL    AUG    SEP    OCT    NOV    DEC
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30  31

SUBJECT:

April 10, 2024

1 hr — 3:00 pm-4:00 pm — meeting w/ Julie C. to cut checks to vendors

1 hr — 1:00 pm-2:00 pm — meeting w/ TD Bank on why Deposit of $42k has not cleared —
TD Bank non-responsive to clearing check —
Payroll checks and vendor check not honored —
No reasonable response provided, i.e. although the Wells Fargo check(s) were Cashiers checks.
Reported this matter to Mac V —

April 12, 2024

.25 — 9:00 am-9:15 am — Discuss/ Reported to Mac V that I had receive Garnishment Notice from Eagle Bank on Tony & Julie Cheng's payroll —

1.5 hrs. — 7:00 pm-8:30 pm — met w/ Julie C. to cut checks to vendors, Challenges w/ TD Bank account and attempts to resolve — Recommendation to Julie was hold the check until I could get TD Bank to honor payroll & vendor checks and I would call TD HQ's for Assistance.
(888-751-9000)
Spoke w/ Chas. Hy & Tasha No positive results —

3.75 hrs

Sub

Hrs

April 18, 2024

1 hrs    10:30 Am - 11:30 am - meeting TD Bank
with Jason Murphy, Asst
manager to resolve why
checks deposits not being
cleared and checks not
being honored. No
explanation or resolution

April 19, 2024

.5 hrs    1:00 pm - 1:30 pm → Called TD Bank HDQ's
to report problem seeking
resolution regarding issues
as discussed above.

1 hr    7:00 - 8:00 pm - Check writing to vendors
pm    on TD Bank, however, Julie
not releasing until issue
resolved w/ TD Bank.

April 22, 2024

1.5 hrs    3:00 pm - 4:30 pm - meeting at TD Bank
with Kelvin Brown, V.P., Store Manager
attempting to reslo resolve the issue
of holding Bank deposits and
not honoring Checks. Still no
resolution or definitive
response to the matter. I explained
in detail how TD Bank is putting
the Jumbo Seafood in further
jeopardy - Not honoring Vendor
payments or Payroll checks

April 23, 2024

2 hrs    12:30 pm - 2:30 pm - met w/ Tony & Office/
Wells Fargo Bank to Add DE to
Sub 6.0 hrs    Checking Acct → Given the problem
w/ TD Bank.

SUBJECT:

HRS

April 24, 2024

.5 hrs   8:00 am – 9:30 am – Call w/ Tony, Julie, Mac V
regarding the offer to the Trustee
~~the~~ regarding 5/15/2024 auction
and Mac V & DE commitment
to stay on and execute Jumbo
seafood exit process the building,
if required after the auction –
Tony & Julie accepted the agreement.
As such the April 29, 2024 hearing
with ~~the~~ Judge Gunn – Trustee
was Cancelled.

1.00 hrs   10:00 am – 11:00 Am → ~~Pretty~~ Court Hearing w/
BR Court, Judge Gunn & Trustee
to approve Devon as CRO –
BR Trustee accepted the offer as discussed
with the Tony & Julie above –

April 25, 2024

1. hr.   8:00 pm – 9:00 pm – ~~writ~~ Rewriting of
vendor & Payroll checks the TD Bank
was not processing.
- Accounting for Incoming Deposits
to Wells Fargo Account.

April 30, 2024

1 hr   4:00 pm – 5:00 pm – Opening of Jumbo Seafood
DIP account

Sub 3.5 hrs.

April Total 23.25 hrs.

SUBJECT:

HRS    May 4, 2024 —

1hr    6-7 pm signing of Vendor + Payroll Checks
— Reviewing Invoices + Payroll Register

May 8, 2024 —

1.5 hrs    7:00 pm - 8:30 pm — Reviewing Invoices and
writing of checks

1 hr    May 13, 2024 — March 2024 Report prep.
1:30 pm - 2:30 pm

.5 hrs    May 17, 2024 — meeting w/ Trustee + Creditors
11:00 Am - 11:30 Am

1 hr    May 22, 2024 —
10:00 Am - 11:00 Am — meeting w/ BR Trustee + Creditors

1 hr    May 23, 2024
7:30 pm - 8:30 pm — Review Invoices + pay vendors

1 hr    May 29, 2024
7:00 pm - 8:00 pm — Review Invoices, and Payroll Register
check disbursements

May. 7 hrs

1 hr    June 3, 2024
5:30 pm - 6:30 pm — Monthly Report preparation

1 hr    June 4, 2024
7:30 pm - 8:30 pm — Review invoices and Payroll
Register —
Check Disbursements

.25 hrs    June 6, 2024
8:45 pm - 9:00 pm — Review monthly
Report with Counsel (MAC)

1 hr.    June 7, 2024
11:00 Am - 12:00 pm — Trustee Hearing
w/ Creditors

Sub    3.25 hrs

Case 24-00090-ELG   Doc 75-1   Filed 08/11/24   Entered 08/11/24 21:56:10   Desc
Exhibit A - Time Records   Page 8 of 8

JAN    FEB    MAR    APR    MAY    JUN    JUL    AUG    SEP    OCT    NOV    DEC
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

SUBJECT:

HRS

June 12, 2024 -
1hr        7:00pm-8:00pm    - Review Invoices -
                             Write Check Disbursements
                             4.

          June 18, 2024
1.5hrs    7:00pm-8:30pm - Review Invoices + Payroll
                          checks written for payments

Sub  2.5 hrs
June Total 5.75 hr

```
                    601 Pennsylvania          **92546**
                    601 Pennsylvania NW
                    Washington, DC 20004
                    (202) 393-0569
                    DCA License


            EVANS/DALLAS R

            AMEX
            CARD# *******2009
            ENTRY: CHIP

            DATE 04-24-2024
            TIME 09:49:16 AM

            AMT   $   22.88
            TAX   $    4.12    ✓ Expense Reimbursement
            SALE  $   27.00

            APPROVED 886833

            PARKING              TICKET# 818531

            APP NAME    AMERICAN EXPRESS
            AID         A000000025010801
            ARQC        6CDC2296F7F0CEF1


            Customer's Copy
```