Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@dcbankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE FIRST AND FINAL APPLICATION OF DALLAS EVANS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN that Jumbo Seafood Restaurant, Inc. (the "Debtor") has filed an application for approval of fees and expenses incurred by Dallas Evans, the Debtor's chief restructuring office, seeking fees of $12,000.00 and reimbursement of $27.00 in expenses.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for September 11, 2024 at 10:00

AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                                             Respectfully submitted,

Dated: August 11, 2024      By:    /s/ Maurice B. VerStandig
                                                     Maurice B. VerStandig, Esq.
                                                     Bar No. MD18071
                                                   The VerStandig Law Firm, LLC
                                                   9812 Falls Road, #114-160
                                                   Potomac, Maryland 20854
                                                   Phone: (301) 444-4600
                                                   mac@mbvesq.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee. Additionally, a copy of this notice (but not of the accompanying application) is being sent, via First Class Mail, postage prepaid, on August 12, 2024, to all parties on the attached mailing matrices.

                                                   /s/ Maurice B. VerStandig
                                                   Maurice B. VerStandig