```
Label Matrix for local noticing              DC Office of Attorney General              Jumbo Seafood Restaurant, Inc.
0090-1                                       400 6th Street, N.W.                       619 H Street, NW
Case 24-00090-ELG                            Washington, DC 20001-0189                  Washington, DC 20001-3731
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Aug 11 21:45:31 EDT 2024

United Bank                                  Washington, D.C.                           16 East 20, LLC
c/o Stinson LLP                              E. Barrett Prettyman U. S. Courthouse      1501 Sulgrave Avenue
Attn:  Darrell W. Clark                      333 Constitution Ave, NW #1225             Suite 311
1775 Pennsylvania Avenue, NW                 Washington, DC 20001-2802                  Baltimore, MD 21209-3651
Suite 800
Washington, DC   20006-4760

AK Fire Protection Inc.                      Atlantic Seafood International Group, In   Charles & 20, LLC
4325 Still Meadow Rd.                        8533 Terminal Road Unit C & D              1501 Sulgrave Avenue
Fairfax, VA 22032-1631                       Lorton, VA 22079-1428                      Baltimore, MD 21209-3654


Cheng & Company L.L.C.                       Clerk, US Bankruptcy Court                 DC GOV'T OFFICE OF TAX AND REVENUE
c/o Wendell Webster, Trustee                 333 Constitution Ave., NW                  PO BOX 37559
1101 Connecticut Avenue, NW Suite 402        Washington, DC 20001-2866                  WASHINGTON DC 20013-7559
Washington, DC 20036-4303

DC GOV'T OFFICE OF TAX AND REVENUE           DC Office of Tax and Revenue               DC Water and Sewer Authority
PO BOX 75520                                 1101 4th St., SW #270                      1385 Canal Street SE
WASHINGTON DC 20013-0520                     Washington, DC 20024-4457                  Washington, D.C. 20003-5015

District of Columbia Water & Sewer Autho     Five Star Noodle Inc.                      Internal Revenue Service
1385 Canal Street, SE                        1124 Congress Street, NE                   PO Box 7346
Washington, DC 20003-5015                    Washington, DC 20002-3418                  Philadelphia, PA 19101-7346

KMG Hauling Inc.                             Mountain View Orchard, Inc.                Pepco
14 Bryant Court                              1727 Stonebridge Road                      P.O. Box 13608
Sterling, VA 20166-9574                      Alexandria, VA 22304-1038                  Philadelphia, PA 19101-3608

Pepco                                        Rice Noodle House LLC                      Solid Gold, Inc.
Pepco Attn: Credit Dept.                     815 6th St NW                              6001 Columbia Park Road
701 9th St. NW                               Washington, DC 20001-4579                  Hyattsville, MD 20785-3210
Washington, DC 20001-4572

U. S. Trustee for Region Four                United Bank                                Virginia Linen Service, Incorporated
U. S. Trustee's Office                       C/O Attn. Tracey M. Ohm, Stinson LLP       875 E Bank St. PO Box 869
1725 Duke Street                             1775 Pennsylvania Ave. NW, Suite 800       Petersburg, VA 23803-3470
Suite 650                                    Washington DC 20006-4760
Alexandria, VA 22314-3489

Washington Gas                               Wendell Webster, Trustee                   Yellow Breeches Capital LLC
6801 Industrial Road                         1101 Connecticut Avenue, NW Suite 402      c/o David V. Fontana, Esq.
Springfield, VA 22151-4205                   Washington, DC 20036-4303                  Gebhardt & Smith LLP
                                                                                        One South Street
                                                                                        Baltimore, MD 21202-3343
```

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DC Water and Sewer Authority
1385 Canal Street SE
Washington

(u)Yellow Breeches Capital LLC

(d)DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 37559
Washington, DC 20013-7559

(u)Wendell W. Webster, Chapter 7 Trustee for

End of Label Matrix
Mailable recipients    31
Bypassed recipients     4
Total                  35