# The VerStandig Law Firm, LLC                INVOICE

9812 Falls Road, #114-160  
Potomac, MD 20854

Invoice # 10952  
Date: 08/11/2024  
Due On: 09/10/2024

Jumbo Seafood Restaurant, Inc.  
619 H Street, NW  
Washington, DC 20001

## 00410-Jumbo Seafood Restaurant, Inc.

## Case Administration

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 03/28/2024 | Call with counsel for Yellow Breaches re cash collateral (.1); Review documents from Yellow Breaches, includes loan documents and UCC financing statement (1.2); Re-check DC records in effort to ascertain why UCC did not appear in pre-case inquiry (.2) | 1.50 | $495.00 | $742.50 |
| Service | 03/28/2024 | Call with D. Clark re United Bank claim as to landlord, timing, nature of landlord's various debt obligations, applicability of automatic stay, and contemplated case trajectory | 0.30 | $495.00 | $148.50 |
| Service | 03/30/2024 | Introductory call with Subchapter V Trustee | 0.70 | $495.00 | $346.50 |
| Service | 04/01/2024 | Attend first day hearing on payroll motion and oral motion regarding bank account freeze, arguing same and providing overview of case | 0.50 | $495.00 | $247.50 |
| Service | 04/01/2024 | Call with D. Evans to prepare for hearing on first day motions, including preparation of D. Evans for testimony and cross-examination should declaration not be accepted as proffer | 0.40 | $495.00 | $198.00 |
| Service | 04/01/2024 | Call with D. Evans following hearing on first day motions to discuss next steps | 0.20 | $495.00 | $99.00 |
| Service | 04/01/2024 | Call with D. Clark re United Bank claim and dynamics of case | 0.20 | $495.00 | $99.00 |
| Service | 04/01/2024 | Call with J. Fasano to negotiate terms of potential stay relief/adequate protection agreement (no charge for portions of call concerning unrelated cases) | 0.20 | $495.00 | $99.00 |
| Service | 04/01/2024 | Draft proposed order on oral motion to unfreeze Wells Fargo account; E-mail draft to K. Eustis for endorsement; Make edits per comments of K. Eustis; Upload order | 0.10 | $495.00 | $49.50 |
| Service | 04/01/2024 | Detailed e-mail to D. Evans re negotiations with J. | 0.30 | $495.00 | $148.50 |

Case 24-00090-ELG    Doc 76-1    Filed 08/11/24    Entered 08/11/24 22:13:34    Desc
Exhibit A - Time and Expense Records    Page 2 of 6

Invoice # 10952 - 08/11/2024

| | | | | | |
|---|---|---|---|---|---|
| | | Fasano, dynamics of a proposed deal on stay relief/ adequate protection, upsides to striking a deal, risks attendant to a deal, and next steps | | | |
| Service | 04/04/2024 | Draft adversary complaint against Wendell Webster (2.0); E-mail draft to client for review (.1) | 2.10 | $495.00 | $1,039.50 |
| Expense | 04/05/2024 | Filing Fee: Filing fee for adversary against Wendell Webster (paid in Cheng & Company bankruptcy; fee deferred in Jumbo Seafood bankruptcy) | 1.00 | $350.00 | $350.00 |
| Service | 04/08/2024 | Detailed review of motion for stay relief, with outline of opposition brief being created during review process (0.6); Draft section addressing applicability of automatic stay, while simultaneously researching case law on interplay between police power/regulator provision and enforcement of court orders (1.8); Draft section on applicability of stay to expired nonresidential leases (0.3); Review stay provisions to identify those applicable and pull case law on naked possessory interests in real estate, including review of DC law on enforcement mechanisms (with much of this research having been undertaken while drafting adversary complaint and thusly being abbreviated) (1.1); Draft section addressing issues with trustee's theory of turnover, including review of topical case law and detailed analysis of case law suggesting turnover is per se inappropriate for eviction-centric matters (3.2); Assemble section on avoidability of rejection order (.2); Research ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ and begin to draft argument before electing to abandon same (1.9); Begin reviewing case law on equitable servitudes in DC (0.5) | 9.60 | $495.00 | $4,752.00 |
| Service | 04/09/2024 | Continue drafting brief in opposition to motion for stay relief, including drafting of section addressing in rem relief (0.4); Drafting of introduction (0.3); Proofreading and editing for clarity (1.4) | 2.10 | $495.00 | $1,039.50 |
| Service | 04/09/2024 | Assemble tables of contents and authorities for brief in opposition to motion for stay relief; File same (time billed at paralegal rate) | 1.50 | $100.00 | $150.00 |
| Service | 04/09/2024 | Attend initial debtor interview | 0.90 | $495.00 | $445.50 |
| Service | 04/09/2024 | Call with M. Almy following initial debtor interview, re stay relief motion, potential for relocation, timelines, and potential motion to address sweeping of old bank accounts | 0.50 | $495.00 | $247.50 |
| Service | 04/10/2024 | Attend initial hearing on motion for relief | 0.20 | $495.00 | $99.00 |
| Service | 04/11/2024 | Call with D. Clark re potential extension of stay relief date and potential terms to support such an extension | 0.20 | $495.00 | $99.00 |
| Service | 04/11/2024 | Call with D. Evans re case status and progress obtaining financing from investor group looking to | 0.10 | $495.00 | $49.50 |

Case 24-00090-ELG   Doc 76-1   Filed 08/11/24   Entered 08/11/24 22:13:34   Desc
Exhibit A - Time and Expense Records   Page 3 of 6

Invoice # 10952 - 08/11/2024

| | | | | | |
|---|---|---|---|---|---|
| | | procure building | | | |
| Service | 04/12/2024 | Call with D. Evans re progress on financing, likely sales price range for restaurant, and garnishment received for T. Cheng's wages | 0.20 | $495.00 | $99.00 |
| Service | 04/18/2024 | Review UST opposition to application to employ D. Evans as CRO (0.3); Detailed e-mail to D. Evans re opposition, upcoming case obligations, documents needed for UST, and need to have offer for friendly party to purchase building (0.4) | 0.70 | $495.00 | $346.50 |
| Service | 04/19/2024 | Attend meeting of creditors (telephonic) | 1.80 | $495.00 | $891.00 |
| Service | 04/20/2024 | Call with D. Evans in advance of meeting of creditors | 0.20 | $495.00 | $99.00 |
| Service | 04/22/2024 | Conference call with D. Evans and members of investor group concerning potential acquisition of building, potential acquisition of United Bank note, potential funding of insider to buy building, and other potential means of addressing need of debtor to remain on premises through auction process | 1.50 | $495.00 | $742.50 |
| Service | 04/22/2024 | Call with counsel for trustee re potential stay relief resolution | 0.10 | $495.00 | $49.50 |
| Service | 04/22/2024 | Review e-mail from J. Fasano re potential stay relief compromise (.1); Forward to D. Evans with discussion of key terms and considerations (.2) | 0.30 | $495.00 | $148.50 |
| Service | 04/23/2024 | Call with D. Evans re potential compromise of stay relief motion, issues with TD Bank, and forthcoming hearing on employment application | 0.30 | $495.00 | $148.50 |
| Service | 04/23/2024 | Review proposed consent order on stay relief | 0.20 | $495.00 | $99.00 |
| Service | 04/24/2024 | Call with D. Evans (joined for part of call by T. Cheng and J. Cheng) re deal with trustee on stay relief motion | 0.50 | $495.00 | $247.50 |
| Service | 04/24/2024 | Attend hearing on consolidation of adversary proceedings and approval of retention of CRO (includes time waiting for case to be called) | 0.70 | $495.00 | $346.50 |
| Service | 04/25/2024 | Draft demand letter to TD Bank re DIP account issues (.9); Call with D. Evans re authority to send same (.1); Proofread and send same (.1) | 1.10 | $495.00 | $544.50 |
| Service | 04/30/2024 | Draft and file opposition to motion to approve bid procedures for building occupied by debtor | 0.80 | $495.00 | $396.00 |
| Service | 05/04/2024 | Call with D. Evans and member of potential investor group re details of bidding procedures and potential acquisition of United Bank note; Call inclusive of discussions with D. Evans (but not investor) re operating report, handover of key, and DIP account issues | 0.30 | $495.00 | $148.50 |
| Service | 05/07/2024 | Call with D. Evans re progress with investor group and | 0.10 | $495.00 | $49.50 |

Case 24-00090-ELG    Doc 76-1    Filed 08/11/24    Entered 08/11/24 22:13:34    Desc
Exhibit A - Time and Expense Records    Page 4 of 6

Invoice # 10952 - 08/11/2024

|         |            |                                                                                                                                                                                                                                                                                                                                 |      |          |            |
|---------|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|------------|
|         |            | impending deadline to get deposit to trustee                                                                                                                                                                                                                                                                                    |      |          |            |
| Service | 05/07/2024 | Call with J. Fasano re deposits for auction and need to obtain wire instructions                                                                                                                                                                                                                                                | 0.10 | $495.00  | $49.50     |
| Service | 05/08/2024 | Draft and file Section 1188 report (time billed to 5/8 because work was done in Pacific Time Zone; would be split between 5/8 and 5/9 if tracked to Eastern Time Zone, with approximate split being .3 hours on 5/8 and 1.4 hours on 5/9, though split is estimate and not precise)                                              | 1.70 | $495.00  | $841.50    |
| Service | 05/09/2024 | Call with counsel for Cheng & Co. trustee re forthcoming auction                                                                                                                                                                                                                                                                | 0.20 | $495.00  | $99.00     |
| Service | 05/15/2024 | Attend auction for real property and coordinate with D. Evans periodically throughout                                                                                                                                                                                                                                           | 2.10 | $495.00  | $1,039.50  |
| Service | 05/15/2024 | Attend hearing on sale in Cheng & Co. case, including time waiting for case to be called but not including auction time (which is billed separately)                                                                                                                                                                            | 0.50 | $495.00  | $247.50    |
| Service | 05/15/2024 | Call with M. Almy re auction results, paths toward confirmation, and next steps in case                                                                                                                                                                                                                                         | 0.40 | $495.00  | $198.00    |
| Service | 05/17/2024 | Attend continued meeting of creditors                                                                                                                                                                                                                                                                                           | 0.20 | $495.00  | $99.00     |
| Service | 05/17/2024 | Calls with D. Evans re need to obtain financial records, debtor's cash flow, and post-auction strategy                                                                                                                                                                                                                          | 0.20 | $495.00  | $99.00     |
| Service | 06/03/2024 | E-mail to D. Evans re outstanding operating reports, documents needed for UST, and upcoming deadline for purchaser to close on acquisition of building                                                                                                                                                                          | 0.20 | $495.00  | $99.00     |
| Service | 06/05/2024 | Hearing on application to employ D. Evans and follow up hearing on status                                                                                                                                                                                                                                                       | 0.20 | $495.00  | $99.00     |
| Service | 06/05/2024 | Call with D. Evans re monthly operating reports                                                                                                                                                                                                                                                                                 | 0.10 | $495.00  | $49.50     |
| Service | 06/05/2024 | Review P&L statement, tax extension, draft operating reports, and handwritten notes from CRO to accompany operating reports; Send P&L statement and tax extension to counsel for US Trustee (sending of e-mail billed with other activities because amount of billable time is not altered by the activity whereas adding it as a separate activity would incur an additional .1) | 0.80 | $495.00  | $396.00    |
| Service | 06/06/2024 | Call with D. Evans to review draft operating reports; Draft accompanying notes while on call and discuss substance of debtor's economic performance while reviewing operating reports                                                                                                                                           | 0.30 | $495.00  | $148.50    |
| Service | 06/07/2024 | Call with D. Evans in preparation for continued meeting of creditors, including review of DC's amended proof of claim and discussion of rent payments                                                                                                                                                                           | 0.20 | $495.00  | $99.00     |
| Service | 06/07/2024 | Attend continued meeting of creditors                                                                                                                                                                                                                                                                                           | 0.50 | $495.00  | $247.50    |

Case 24-00090-ELG   Doc 76-1   Filed 08/11/24   Entered 08/11/24 22:13:34   Desc
Exhibit A - Time and Expense Records   Page 5 of 6

Invoice # 10952 - 08/11/2024

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 07/03/2024 | Draft opposition to motion to dismiss or convert, researching theories while drafting | 2.70 | $495.00 | $1,336.50 |
| Service | 07/07/2024 | E-mail to D. Evans and J. Cheng re need to produce credit card and bank statements | 0.10 | $495.00 | $49.50 |
| | | | | Subtotal | $20,003.00 |

## 00411-Jumbo Seafood Restaurant, Inc.

## Plan and Disclosure Statement

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 03/28/2024 | Two calls with CRO (10 minutes each) re case status, work on schedules, banking issues, and cash collateral issue | 0.40 | $400.00 | $160.00 |
| Service | 03/29/2024 | Continue drafting schedules (with work having commenced pre-petition), including update to include Yellow Breaches claim, review of asset values in sync with client notes, updating of co-debtors, and review of SOFA entries | 1.30 | $495.00 | $643.50 |
| Service | 03/29/2024 | Two calls with CRO (12 minutes and 5 minutes) re efforts to have investor group obtain or satisfy debt secured by premises so debtor may either purchase building from trustee or enter into new lease with SPE formed to acquire building | 0.30 | $495.00 | $148.50 |
| Service | 03/29/2024 | Call with J. Selba re other cases involving T. Cheng assets, cross-collateralization of debt obligations, nature of confirmed plans, progress toward paying off debt, and degree to which certain creditors are over-secured | 0.20 | $495.00 | $99.00 |
| Service | 06/25/2024 | Draft plan and supporting exhibits | 3.60 | $495.00 | $1,782.00 |
| | | | | Subtotal | $2,833.00 |

## 00412-Jumbo Seafood Restaurant, Inc.

## Employment and Fee Applications

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 04/01/2024 | Research case law governing CROs and precedent for courts restricting removal of CROs (1.1); Draft application to employ D. Evans as CRO together with declaration in support of application (1.2); Exchange e- | 2.40 | $495.00 | $1,188.00 |

Case 24-00090-ELG   Doc 76-1   Filed 08/11/24   Entered 08/11/24 22:13:34   Desc
Exhibit A - Time and Expense Records   Page 6 of 6

Invoice # 10952 - 08/11/2024

| | | | | | |
|---|---|---|---|---|---|
| | | mails with D. Evans re same (.1) | | | |
| Service | 05/01/2024 | Revise proposed employment order and e-mail to K. Eustis for review and endorsement | 0.10 | $495.00 | $49.50 |

|  |  |
|---|---|
| **Subtotal** | **$1,237.50** |

|  |  |
|---|---|
| **Total** | **$24,073.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10952 | 09/10/2024 | $24,073.50 | $0.00 | $24,073.50 |
|  |  |  | **Outstanding Balance** | **$24,073.50** |
|  |  |  | **Total Amount Outstanding** | **$24,073.50** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.