The order below is hereby signed.

Signed: September 6 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: * | |
| * | |
| JUMBO SEAFOOD RESTAURANT, INC., * | Case No. 24-00090 |
| * | Chapter 11 (Subchapter V) |
| Debtor. * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING APPLICATION FOR COMPENSATION
### IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Application be and hereby is GRANTED.

2. The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $10,720 for Trustee's fees.

3. That the Court shall retain jurisdiction over all matters related to this Order.

I ask for this

/S/ Monique D. Almy_____
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
malmy@crowell.com
SubChapter V Trustee

Seen and no objection

GERARD VETTER
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Jumbo Seafood Restaurant, Inc.

By:  /S/ Maurice Belmont VerStandig_____
Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

~ 2 ~

Copies to:

- **Monique Desiree Almy**     malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com
- **Nancy L. Alper**     nancy.alper@dc.gov
- **Darrell W. Clark**     darrell.clark@stinson.com, Siobhan.rudolph@stinson.com
- **Kristen S. Eustis**     Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com
- **David V. Fontana**     dfont@gebsmith.com
- **Emil Hirsch**     ehirsch@carltonfields.com, ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com
- **Tracey Michelle Ohm**     tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **U. S. Trustee for Region Four**     USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Ruiqiao Wen**     ruiqiao.wen@stinson.com

All creditors on mailing matrix

**END OF ORDER**

DCACTIVE-77049852.1