The order below is hereby signed.

Signed: September 6 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| | * |
| JUMBO SEAFOOD RESTAURANT, INC., * | Case No. 24-00090 |
| | * Chapter 11 (Subchapter V) |
| Debtor. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING APPLICATION FOR COMPENSATION
## IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1.  That the Application be and hereby is GRANTED.

2.  The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $10,720 for Trustee's fees.

DCACTIVE-77049852.1

      3.      That the Court shall retain jurisdiction over all matters related to this Order.

I ask for this

/S/ Monique D. Almy
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
malmy@crowell.com
SubChapter V Trustee


Seen and no objection


GERARD VETTER
ACTING U.S. TRUSTEE, REGION 4


By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Jumbo Seafood Restaurant, Inc.

By:  /S/ Maurice Belmont VerStandig
Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

Copies to:

- **Monique Desiree Almy**  malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com
- **Nancy L. Alper**  nancy.alper@dc.gov
- **Darrell W. Clark**  darrell.clark@stinson.com, Siobhan.rudolph@stinson.com
- **Kristen S. Eustis**  Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**  jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com
- **David V. Fontana**  dfont@gebsmith.com
- **Emil Hirsch**  ehirsch@carltonfields.com, ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com
- **Tracey Michelle Ohm**  tracey.ohm@stinson.com, porsche.barnes@stinson.com
- **U. S. Trustee for Region Four**  USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Ruiqiao Wen**  ruiqiao.wen@stinson.com

All creditors on mailing matrix

**END OF ORDER**

DCACTIVE-77049852.1

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00090-ELG |
| Jumbo Seafood Restaurant, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf001 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Jumbo Seafood Restaurant, Inc., 619 H Street, NW, Washington, DC 20001-3731 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | DC Office of Attorney General, 400 6th Street, N.W., Washington, DC 20001, UNITED STATES 20001-0189 |
| cr | + | United Bank, c/o Stinson LLP, Attn: Darrell W. Clark, 1775 Pennsylvania Avenue, NW, Suite 800 Washington, DC 20006-4760 |
| 776797 | + | 16 East 20, LLC, 1501 Sulgrave Avenue, Suite 311, Baltimore, MD 21209-3651 |
| 776708 | + | AK Fire Protection Inc., 4325 Still Meadow Rd., Fairfax, VA 22032-1631 |
| 776709 | + | Atlantic Seafood International Group, In, 8533 Terminal Road Unit C & D, Lorton, VA 22079-1428 |
| 776798 | + | Charles & 20, LLC, 1501 Sulgrave Avenue, Baltimore, MD 21209-3654 |
| 776710 | + | Cheng & Company L.L.C., c/o Wendell Webster, Trustee, 1101 Connecticut Avenue, NW Suite 402, Washington, DC 20036-4303 |
| 779251 | + | Clerk, US Bankruptcy Court, 333 Constitution Ave., NW, Washington, DC 20001-2866 |
| 778571 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON DC 20013-0520 |
| 779837 | + | DC Water and Sewer Authority, 1385 Canal Street SE, Washington, D.C. 20003-5015 |
| 776712 | + | District of Columbia Water & Sewer Autho, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 776713 | + | Five Star Noodle Inc., 1124 Congress Street, NE, Washington, DC 20002-3418 |
| 776715 | + | KMG Hauling Inc., 14 Bryant Court, Sterling, VA 20166-9574 |
| 776799 | + | Mountain View Orchard, Inc., 1727 Stonebridge Road, Alexandria, VA 22304-1038 |
| 776717 | + | Rice Noodle House LLC, 815 6th St NW, Washington, DC 20001-4579 |
| 776718 | + | Solid Gold, Inc., 6001 Columbia Park Road, Hyattsville, MD 20785-3210 |
| 778797 | + | United Bank, C/O Attn. Tracey M. Ohm, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington DC 20006-4760 |
| 776719 | | Virginia Linen Service, Incorporated, 875 E Bank St. PO Box 869, Petersburg, VA 23803-3470 |
| 776720 | + | Washington Gas, 6801 Industrial Road, Springfield, VA 22151-4205 |
| 776721 | + | Wendell Webster, Trustee, 1101 Connecticut Avenue, NW Suite 402, Washington, DC 20036-4303 |
| 776800 | + | Yellow Breeches Capital LLC, c/o David V. Fontana, Esq., Gebhardt & Smith LLP, One South Street, Baltimore, MD 21202-3343 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 06 2024 22:47:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 06 2024 22:39:41 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Sep 06 2024 22:39:50 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Sep 06 2024 22:47:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 06 2024 22:47:00 | Securities and Exchange Commission, Atlanta |

Case 24-00090-ELG   Doc 78   Filed 09/08/24   Entered 09/09/24 00:04:12   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2024 | Form ID: pdf001 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 06 2024 22:47:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 776856 | ^ | MEBN | Sep 06 2024 22:39:52 | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, Washington, DC 20013-7559 |
| 776711 | + | Email/Text: angela.coleman@dc.gov | Sep 06 2024 22:47:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 776714 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2024 22:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 777041 | + | Email/Text: Bankruptcy_General@pepco.com | Sep 06 2024 22:47:00 | Pepco, Pepco Attn: Credit Dept., 701 9th St. NW, Washington, DC 20001-4572 |
| 776716 | + | Email/Text: Bankruptcy_General@pepco.com | Sep 06 2024 22:47:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DC Water and Sewer Authority, 1385 Canal Street SE, Washington |
| cr | | Wendell W. Webster, Chapter 7 Trustee for Cheng an |
| cr | | Yellow Breeches Capital LLC |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 776864 | *+ | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024                    Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darrell W. Clark | on behalf of Creditor United Bank darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| David V. Fontana | on behalf of Creditor Yellow Breeches Capital LLC dfont@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf001 | Total Noticed: 34 |

Justin Philip Fasano
on behalf of Defendant Wendell Webster Chapter 7 Trustee for Cheng & Company L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Creditor Wendell W. Webster Chapter 7 Trustee for Cheng and Company, L.L.C. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
on behalf of Plaintiff Jumbo Seafood Restaurant Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Debtor In Possession Jumbo Seafood Restaurant Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy
malmy@crowell.com monique-almy-7127@ecf.pacerpro.com

Nancy L. Alper
on behalf of Creditor DC Office of Attorney General nancy.alper@dc.gov

Ruiqiao Wen
on behalf of Creditor United Bank ruiqiao.wen@stinson.com

Tracey Michelle Ohm
on behalf of Creditor United Bank tracey.ohm@stinson.com porsche.barnes@stinson.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 13