The order below is hereby signed.

Signed: September 10 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST AND FINAL
APPLICATION OF THE VERSTANDIG LAW FIRM, LLC FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC for Allowance of Compensation and Reimbursement of Expenses (the "Application," with the petitioning party being known as "VLF") filed in the above-captioned matter, the authorities cited therein, the records appended thereto, and the lack of opposition thereto, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Application be, and hereby is, GRANTED, APPROVED, and RATIFIED; and it is further

ORDERED, that VLF's fees and expenses are approved in the aggregate sum of $23,723.50; and it is further

ORDERED, that VLF may collect $8,874.00, from monies being held in trust, as and for VLF's representation of the above-captioned debtor; and it is further

1

ORDERED, that VLF may collect the remaining $14,849.50 from Jumbo Seafood Restaurant, Inc. directly; and it is further

ORDERED, that jurisdiction is reserved for purposes of entering judgment should the fees provided for herein not be paid within 30 days of the date of entry of this order.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*