UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA
WASHINGTON Division

| In Re | | |
|---|---|---|
| JUMBO SEAFOOD RESTAURANT, INC. | | Case No. 24-00090 |
| | | |
| Debtor(s) | | |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Monique D. Almy, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on September 6, 2024 the Court ordered compensation of $10,720 be awarded to the trustee. These funds have been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.


Date: 11/14/2024                By: <u>MONIQUE D. ALMY</u>
                                    Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR B**

DCACTIVE-77854871.1