## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re | * | |
| JUMBO SEAFOOD RESTAURANT, INC. | * | Case No. 24-00090 |
| | * | |
| Debtor(s) | * | |
| | * | |

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Monique D. Almy, Esq, Subchapter V Trustee
      Office of the United States Trustee
      Maurice Belmont VerStanding, Debtor's Counsel
      Debtor

END OF ORDER

DCACTIVE-77854873.1