The order below is hereby signed.

Signed: November 18 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re | * | |
| JUMBO SEAFOOD RESTAURANT, INC. | * | Case No. 24-00090 |
| | * | |
| Debtor(s) | * | |
| | * | |

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Monique D. Almy, Esq, Subchapter V Trustee
      Office of the United States Trustee
      Maurice Belmont VerStanding, Debtor's Counsel
      Debtor

I ask for this

/S/ Monique D. Almy
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
malmy@crowell.com
SubChapter V Trustee

DCACTIVE-77854873.1

Seen and no objection

GERARD VETTER
ACTING U.S. TRUSTEE, REGION 4


By: /S/ Kristen S. Eustin
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


END OF ORDER

~ 2 ~

DCACTIVE-77854873.1